| UNITED STATES DISTRICT COURT | District _Illinois, Southern District_ | |
|---|---|---|
| Name of Movant _Vernon Henry_ | Prisoner No. _05334-025_ | Case No. _4:01CR40036-006 JPG_ |
| Place of Confinement _Federal Medical Center, Lexington, Kentucky_ | | |

| UNITED STATES OF AMERICA | v. _Vernon Henry_ |
|---|---|
| | (name under which convicted) |

**MOTION**    _03-4024 JPG_

1. Name and location of court which entered the judgment of conviction under attack _U.S District Court_
_301 West Main St. Benton, Illinois 62812_

2. Date of judgment of conviction _February 7, 2002_

3. Length of sentence _135 months_

4. Nature of offense involved (all counts) _Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base._

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

9. If you did appeal, answer the following:

   (a) Name of court ___N/A_____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐     No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court ___N/A_____

       (2) Nature of proceeding _____

          _____

       (3) Grounds raised _____

          _____

          _____

          _____

          _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?

          Yes ☐     No ☐

       (5) Result _____

       (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

          _____

       (3) Grounds raised _____

          _____

          _____

          _____

          _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐         No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.              Yes ☐         No ▣
(2) Second petition, etc.           Yes ☐         No ▣

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A. Ground one: _Ineffective Assistance of Counsel_

Supporting FACTS (state *briefly* without citing cases or law)

- _Counsel failed to explain charges against me._
- _Counsel never asked Court for my Plea to be changed as I Had asked him to do._
- _Counsel made no effort to plea bargain he took the first thing they offered._

B. Ground two: _Conviction obtained by use of Coerced Confession_

Supporting FACTS (state *briefly* without citing cases or law) _Members of the Southern Illinois Drug Task Force forced me in their car, detained me without arresting me for Hours, Threatned me Repeatly, forced me to talk to them, and when I did make a Statement they changed the Statement and added things I didn't say._

C. Ground three: _Conviction obtained by Plea of Guilty with no understanding of Charges or Consequences of Plea._

Supporting FACTS (state *briefly* without citing cases or law) _Conviction obtained by Plea of Guilty which was made without a understanding of nature of Charge and Consequences of the Plea. I Plead guilty without Knowing who or where my relevant Conduct was Coming from. It was only when I got my P.S.R. after Pleading guilty did I find out where my Relevant Conduct had come from._

**D.**    Ground four: _Drug Quantity was erroneus_

Supporting FACTS (state *briefly* without citing cases or law) My Lawyer failed to object at any time when the goverment used Bobby Tuckers statement of daily drug buys Instead of Monte Gardner's statement of Twice a week drug buys even though Monte was buying the drugs for Bobby Tucker. And the Drug Task force never made a single drug buy from Bobby Tucker or Derrick Tucker, but they gave the Conspirators their Relevant Conduct.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

Ground Five(5) There was no factual basis for the charge of Possession with Intent to Distribute.

Ground Six(6) Classification should be mimimal instead of Minor Participant

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐    No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing _____

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

AO 243 (Rev: 2/95)

(e) On appeal _N/A_

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ■

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ■

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

    Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

    _____
    Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_3 Feb 2003_
      (Date)

      _Vernon Henry_
      Signature of Movant

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Illinois*

402 West Main Street, Suite 2A          (618) 439-3808
Benton, Illinois  62812                 FAX (618) 439-2401

September 14, 2001

James Stern
Attorney at Law
101-A West Main Street
Belleville, IL  62220

      Re:  **United States vs. Vernon Henry,**
            **Criminal no. 01-40036-JPG**

Dear Mr. Stern:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure and the Court's Order for Pretrial Discovery and Inspection, I am enclosing a copy of the case reports of various agencies pertaining to the above referenced case. You may examine any items of physical evidence not tendered herein at a time and place of mutual convenience upon request. Grand Jury testimony, if needed, may be had upon the filing of a motion (which makes the requisite showing under the Federal Rules of Criminal Procedure, Rule 6) and the Court's Order thereon.

The government hereby requests pursuant to Rule 16(b)(1)(A) that it be permitted to inspect and copy all books, papers, documents, photographs, and tangible objects which are within the possession, custody, or control of the defense and which the defendant intends to introduce as evidence in chief at trial as well as results or reports of physical, mental, or scientific examinations, tests, or experiments made in connection with this case in the possession or control of the defense which the defendant intends to introduce as evidence in chief at trial or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to the testimony of that witness.

If your client desires to enter into any negotiations regarding a plea in this matter, please contact our office as soon as possible. All plea agreements must be consummated by a plea or written plea

agreement no later than fourteen days prior to the scheduled trial date. Any date defendant wishing to plead guilty who has not reached an agreement by the before mentioned time frame will be required to plead "straight up" to the entire indictment.

Very truly yours,

W. CHARLES GRACE
United States Attorney

JAMES M. CUTCHIN
Assistant United States Attorney

JMC:bdn

Enclosure(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
UNITED STATES PROBATION OFFICE

**Phyllis J. Nelson**
CHIEF U.S. PROBATION OFFICER
650 MISSOURI AVENUE, ROOM 103
FEDERAL BUILDING
EAST ST. LOUIS, IL 62201-2955
618-482-9375

January 3, 2002

302 WEST MAIN STREET
SUITE #2-C
BENTON, IL 62812-1315
618-439-4828

REPLY TO: BENTON

Mr. James M. Stern
Attorney at Law
101 A. West Main
Belleville, IL 62220

Re:     Vernon  Henry
        Docket No.  0754 4:01CR40036-006
        Presentence Report

Dear Mr. Stern:

In accordance with Local Rules, Appendix A-Cr32.1, of the Southern District of Illinois, I am enclosing the Presentence Report on the above-named person. You should review the report with the defendant. The Court will expect that both you and your client have reviewed the report prior to sentencing. The government attorney, defense counsel, and defendant shall acknowledge receipt of the report on Probation Form 13D and file same with the Clerk of the Court within 14 days after receiving the presentence report.

The acknowledgment portion of Probation Form 13D contains an option to either accept the report without objection or indicate that there will be objections. A party wishing to file objections must do so upon written motion which must also be filed with the Clerk within 14 days after receiving the presentence report. A copy of the written objections must be served upon the opposing party and the probation office by the objecting party. Failure to file written objections within the specified time constitutes a waiver of the right to object to the content of the presentence report.

Sincerely,

Caleb Rath
U. S. Probation Officer

CR/trw
Enclosures
cc: James M. Cutchin, Assistant U.S. Attorney

Law Offices Of

# James Stern

James Stern
*Attorney at Law*

Licensed in Illinois
and Missouri

101-A West Main Street
Belleville, Illinois 62220

Telephone (618)257-8627
Telecopier (618) 355-7514

January 4, 2002

Mr. Vernon Henry
Williamson County Jail
200 West Jefferson
Marion, IL 62959

Re: United States of America vs. Vernon Henry, No. 01-CR-40036-JPG

Dear Mr. Henry:

Enclosed please find a copy of the correspondence and Presentence Investigative Report which I received from U.S. Probation in the above cause. Please review, make any corrections, sign on the space marked, and send back in the enclosed envelope. As you can see, we have only about a week to respond.

I will talk to you before the sentencing.

Sincerely,

JAMES STERN

JS/tew
Enclosures

CONFIDENTIAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA    )
        )   **PRESENTENCE INVESTIGATION REPORT**
    VS.      )
        )   Docket No. 0754 4:01CR40036-006 (JPG)
VERNON HENRY      )

---

**Prepared For:**    Honorable J. Phil Gilbert
        U.S. District Judge

**Prepared By:**    Caleb Rath
        U.S. Probation Officer
        Benton, Illinois
        (618) 439-4828

| | |
|---|---|
| **Assistant U.S. Attorney**<br>James M. Cutchin<br>402 West Main, Suite 2A<br>Benton, Illinois 62812<br>(618) 439-3808 | **Defense Counsel**<br>James M. Stern<br>101 A. West Main<br>Belleville, Illinois 62220<br>(618) 257-8627 |

**Sentence Date:**    February 7, 2002

**Offense:** <u>Count 1:</u>    Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base 21 U.S.C. §§ 841(a)(1) and 846, 10 years to life/$4,000,000, (Class A felony)

**Release Status:**    Detained since August 22, 2001

**Detainers:**    None

**Codefendants:**    Monte D. Gardner
        Bobby L. Tucker
        Dimarcus T. Tabb
        Darius D. Johnson
        Dujuane L. Jones

**Related Cases:**    Keith Acree    0754 4:01CR40037-001 (JPG)

---

SD/IL
Prob 13D-1 (CR)

# NOTICE TO DEFENDANT CONCERNING THE PRESENTENCE REPORT

## SOUTHERN DISTRICT OF ILLINOIS

DEFENDANT: **Vernon Henry** DOCKET NO. **0754 4:01CR40036 006 JPG**

The following information is provided concerning the presentence investigation report prepared by the U.S. Probation Office in this district.

If a defendant is incarcerated, the presentence report is used by the Federal Bureau of Prisons to determine the institution in which the sentence is to be served, the defendant's classification within the facility, his ability to obtain furloughs, and his eligibility for programs within the institution.

Initial appropriate box(es):

( )    I have read and understand this notice.

( )    I have read the presentence investigation report.

Signed: _____
                                    Defendant                        Date

( )    I have read and understand this notice.

( )    I have read the presentence investigation report.

( )    The presentence report is acceptable.

( )    I will file with the Clerk of the Court my written objections to the report within 14 days after receiving the presentence report.

Signed: _____
                                    Counsel                        Date

Law Offices Of

# James Stern

James Stern
*Attorney at Law*

Licensed in Illinois
and Missouri

101-A West Main Street
Belleville, Illinois 62220

Telephone (618)257-8627
Telecopier (618) 355-7514

February 20, 2002

Mr. Vernon Henry
Williamson County Jail
200 West Jefferson
Marion, IL 62959

Re: United States of America vs. Vernon Henry, No. 01-CR-40036-JPG

Dear Mr. Henry:

Pursuant to your request by telephone on February 19, 2002, enclosed please find a copy of your Plea Agreement and Sentence.

Contact me if you should have any questions.

Sincerely,

JAMES STERN

JS/tew
Enclosures

①    Ground one (1) Ineffective assistance of Counsel

On August 22, 2001 I was transfered from the Tri-County
Detention center to the federal Courthouse in Benton, IL. were
I was represented by a Miss. Judy Kuneuke who told me
that I had been Indicted on federal drug Conspiracy
Charges because I wouldn't Plea Guilty to State drug
Charges which were baseless and Unrelated from 1999.
a Little while Later I was appointed a mr. James stern.
I told mr. Stern about my side of the Story. I told him
all the things I had Went through with the people of
the Southern ILLinois Drug Task force and all the things
I saw them do to other people who had done nothing
at all except knew something and wouldn't tell them.
After telling him all these things he seemed to be not
interested in what I had said. He told me to wait until
the Discovery of Evidence comes and we would toke It from
there.
After getting the Discovery of evidence, I found out that the
government had Changed the date of the Statement I had made,
Changed the Statement itself to make it Fit their version
of Events to charge me with a crime. They turned my
statement into a Confession. I had no reason to Confess
about anything because I knew I had done nothing wrong.
After telling Mr. Stern these things he advised me to
Waive the Pre-Trial Hearings and and make a government
Proffer which they could use against me.

②    Ground one (1) (cont) Ineffective assistance of Counsel

The day of the Proffer statement when me and Mr. Stern was going over some forms for the proffer statement I was suprised to see Bob Dueker who would be giving the interview. I told Mr. Stern that Bob Dueker was there when I gave the original statement on May 16, 2001 and he turned that statement into a Confession. Mr. Stern said that I would have to talk to Mr. Dueker because there was nobody else. On his advice I did the interview.

A week before the Plea hearing on about November 5, 2001 Mr. Stern gave me a copy of the Plea Agreement and we went over it. While going over the Plea Agreement we came to the Part about Relevant Conduct and drug amount. I told him I didn't see where they were giving me responsibility for what some one else did because there was no way I knew what they were doing. He said they got the information from my statements. Again I told Mr. Stern that I never told anyone any drug amount in any of my statements. He said that that Plea agreement was the best that they could do. He told me to think about it and be ready for the Plea hearing on November 8. On that day I took the Plea of Guilty.

A few days after the Plea hearing I called Mr. Stern and asked for a change of Plea. He said he would see what he could do.

About a week later Mr. Stern comes to the Jail with a Probation Officer, a Mr. Calib Raab.

③    Ground one(1)(Cont) Ineffective Assistance of Counsel

I asked Mr. Stern did he ask the Court for a change of Plea. He tried to brush me off and said he would take care of it, but now talking with the Probation Officer is more important now. In the presence of the Probation officer I told Mr. Stern that I wasn't Cooperating with anyone until he ask for the change of Plea.

The Probation officer asked me would I at Least sign some papers for him to get some information and he would come back next week. So I agreed to sign some paper.

A week Later they both came back, again I asked Mr. Stern did he ask for a change of Plea. He said that he had told me he would take care of it, but right now I should talk to the Probation officer or the Court would take it as if I wasn't Cooperating. I agreed to talk to the Probation Officer.

A month or so Later Mr. Stern sent me a copy of the P.S.R. with a piece of paper asking me to make any correction and note any objections sign it and send the paper back to him. I called Mr. Stern and said that the P.S.R. was not acceptable and I wasn't signing it. I wrote me a letter saying I would get 210 month instead of 135 month if I objected. I never saw or spoke to Mr. Stern again until the sentencing hearing. He objected to nothing on the P.S.R. as I had asked him to.

① Ground Two (2) Coerced Confession

On may 16, 2001 at about 9:00 a.m. I was forced in a
car by S.F.O. Bobby Simmons and Dee Harris of
the Southern Illinois Drug Task Force and was taken
to the Pulaski County Court house were I was repeatly
threatned in the presence of then Sheriff Rusty Dakin.
I Repeatly tried to get up and Leave but was pushed
down by Bobby Simmons who was standing directly behind
me with a hand on each of my shoulders.
They told me that all they wanted from me is what
I saw my now Codefendants with and what they were
doing. I told them that they knew more than I
knew or they wouldn't be in Jail. I told them that
this is a small town and People do a lot of talking
and they know more than I knew. They said that they
knew I didn't sell dope and only wanted to know
what I had heard or saw. I told them that they
get Paid a Lot of Money for doing their Jobs
and they didn't need my help.
They were starting to get upset and start telling me
that they had evidence against me and IF I didn't
Cooperate they would have a warrant by evening.
I told them to stop trying to bluff me because
if they had anything on me I would have went
to Jail yesterday with the others.
After being there for over an hour and still not being
able to Leave I told them that I would
a few Questions.

Cliffy, Brad 168 U.S. 532

② Ground Two(2)(cont) Coerced Confession

I told them that I would answer a few questions
if I was allow to hurry and get back to work (I
worked at Market Square Apartments and was the only
employee there at all times).
Bobby Simmons ask me to sign a piece of paper saying
that would give them the right to talk to me.
(That was the only thing anyone said to me about rights at
any time while I was with them. Period) After 30 mins.
or so Bobby Simmons called Bob Dueker on his cell phone
and told him I was there and decided to cooperate. He
came in about 20 min. He came In with Wendell
Holder and another white officer. He told me that
I should not have to go to Jail because they knew
I didn't sell dope, Just used It. Bob Dueker said
that I was doing the right thing by cooperating.
When Bobby Simmons had me sign that piece of paper
saying that gave them the right to talk to me he
forgot to get me to fill out the "Time and Place"
Lines of the form which turned out to be a
waiver of Rights form. One of them forged those
spaces if you look at them closely the handwriting
is different from mine. They also had the Pulaski
County housing Authority call and threatned my mother
because my brother Refuse to talk to them or sign
any of their Papers. My brother was not Living with
my mother, she stayed alone.

Ground Three. (3) no understanding of Charges/Consequences of Plea

Mr. Stern (My Lawyer) never explained my charges or the Law
in which it Pertained to my charges.
Only after recieving my P.S.R. did I find out who
I got my Relevant Conduct from. My Lawyer or
nobody eles could tell me during Plea Bargaining how
I saw or knew (from my statements) about anyone
Selling 1, 012.89. Grams of Cocaine base.
My Indictment said I was taking Customer to
my Codefendants as the element of my crime.
But my charges are Conspiracy to Distribute and
Possession with Intent to Distribute.
The is no where in any of my statements where
I said I Possessed drug to give or sell to anyone
else. There is not a single statement where anyone
saying that I took them to any of my Codefendants
to buy drugs. Since taking people to my Codefendants
to buy drugs was the element of my crime should
there be some evidence accordingly.
Mr. Stern made no effort to explain any of these
things to me, I find these things out when I
come to Jail and read for myself.

Ground four(4)(Con't) Drug Quantity was erroneous

To Give me Relevant Conduct the government used my
Codefendants actions. My Lawyer didn't explain this to me during
Plea Bargaining. When I did find out when I got my P.S.I.
my Lawyer said I could not Object.
Even explaining to my Lawyer that the drug Task Force
had changed my statement he still Let me Plea guilty
to something I didn't do. They changed everything I
had told them, I was force to talk to them or I would
have not been able to Leave, to fit their Scheme of
what they wanted it to be to charge me with a crime.
The Government choose Bobby Tucker's statement instead of
Monte Gardner's statement. Bobby Tucker went to Dialysis
three times a week and was a Heavy drug user. Bobby Tucker
Said that He bought drugs daily and Monte Gardner said he
went Twice a week. Monte Gardner was buying the drug for
Bobby Tucker they both admitted that.
Also the task force never made a Single controlled Purchase
from Bobby Tucker or Derrick Tucker and these are suppose
to be the Main drug dealer that gave everyone in
the Conspiracy their Relevant Conduct. Nobody corroborates
any of their stories

Citing: OKay For 996 F2d 121 (6th 93)
Citing: Meacham 27 F3d 214 (6th 94)
Citing: Jenkins 4 F3d 1338 (6th 93)

Ground Five(5)(con't) no factual Basis for Possession with Intent To Distribute.

There was no factual basis for my plea of Guilty. The only evidence that the government was unsworn, Unreliable, hearsay statements the the drug Task Force altered to put the evident sufficient enough to get an Indictment and once they got the Indictment they wouldn't need nothing more because the System would work in their favor from there on in. My Lawyer, without regard for my Constitutional or Civil Rights Let me talk to government officials for a proffer statement, not explaining to me that anything I said would be used against me. during the Proffer Interview, the same Government official (Bob Dueker) who supervise the drug Task force is allowed to write do what you say instead of Recording what you say. This gives them the opportunity to alter Statement Like He or His Employees done to get the ~~Offering~~ original Indictment. Since my Lawyer failed to advise me correctly or represent me effectivly statements made at government proffer Interview should be suppressed accordingly.

Ground Six (6) classification should Be minimal Participant

If I should be classified at all it should be
minimal Participant.

During the period the government says a conspiracy was
going on to distribute drugs I had a Job where I
worked from 8am to 4pm every week day and often
worked on the weekends.

Because we all lived in the same small town together
and we all Knew each other doesn't make us guilty
Of conspiracy to distribute drugs.

There is no evidence besides the altered statements
The Southern Illinois Drug Task Force created that
says that I had anything to do with Distributing
drugs. Because I Knew my codefendants and grew
up in the same small town with members of their
family that should not make me a participant
in a drug conspiracy some corrupted officers say
existed.

BP-S757.013  **INMATE REQUEST FOR CERTIFICATION OR JUDICIAL NOTICE OF**
AUG 02      **PRESENTENCE REPORT AND/OR STATEMENT OF REASONS** CDFRM
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

TO THE CLERK OF COURT: This form is filed as an ATTACHMENT to my pleading in the
following current cause of action or appeal (indicate current case caption, docket no.,
judicial district, etc.):

My current cause of action or appeal is (check all that apply):

_____  A direct appeal of my original criminal conviction or sentence (filled with the
       U.S. Court of Appeals);

__X__  An original petition for writ of habeas corpus pursuant to title 28 USC §2255, or
       appeal of its denial, regarding my criminal conviction or sentence (filled with
       sentencing court or U.S. Court of Appeals); or

_____  Other, e.g., §2241 habeas petition; Privacy Act of 1974 (5 USC §552a), etc.
       (describe):

As part of my current cause of action or appeal, I request the court consider my Pre-
Sentence Report (PSR) and Judgement (including Statement of Reasons (SOR)), where
necessary, from my underlying criminal case, described as follows (indicate underlying
criminal case caption, docket no., judicial district, sentencing judge and date, etc.):

**This form is for informational and notification purposes, and is not intended to create
a new procedural requirement for inmates, courts, or clerks.**

Respectfully submitted:

| Inmate Signature *Vernon Henry* | Inmate Printed Name *Vernon Henry* |
|---|---|
| Reg. No. <br> 05334-025 | Date Signed <br> 3 Feb 2003 | Institution Address <br> *Federal Medical Center* <br> *P.O.Box 14500* <br> *Lexington, Ky. 40512* |

**DIRECTIONS TO INMATE:** The Bureau of Prisons prohibits inmates from possessing
copies of their Presentence Reports (PSR) or Statement of Reasons (SOR) from criminal
judgements. This form is for you to **ATTACH** to any court action where, as part of
your cause of action or appeal, you request the court to consider your PSR or SOR.
Complete this form as indicated, and submit it as an **ATTACHMENT** to your pleading to
the court considering your current cause of action or appeal. This form is not a
pleading, but an **ATTACHMENT** requesting the court obtain and consider your PSR and/or
SOR when needed. <u>You only need this form when your cause of action involves the PSR
or SOR. Be sure to indicate in your pleading the specific part(s) of the PSR or SOR
you believe relevant to your case.</u>

(This form may be replicated via WP)