TERMED

U.S. District Court
Southern District of Illinois (Benton)

CRIMINAL DOCKET FOR CASE #: 01-CR-40036-ALL

USA v. Gardner, et al                                    Filed: 06/01/01
Dkt# in other court: None

Case Assigned to: Judge J. Phil Gilbert

MONTE DEVALE GARDNER (1)              Phillip A. Kramer
aka                                      [term  10/11/01]
Monte Brown                           314-569-1663 fax
     defendant                        [COR LD NTC cja]
  [term  10/11/01]                    Attorney at Law
                                      St. Louis County
                                      9300 Olive Boulevard
                                      St. Louis, MO 63132
                                      314-569-2002
                                      FTS 569-1663

Pending Counts:                             Disposition

21:841(a)(1) and              defendant committed to the
(b)(1)(A)(iii) and 21:846 -   custody of the USBP for a term
Conspiracy to   Distribute    of 292 months on Count 1s and
Crack Cocaine (21:846=ND.F    240 months on Counts 2s, 3s
CONSPIRACY TO                 and 8s, all counts to run
DISTRIBUTE NARCOTICS)         concurrent with each other,
(1s)                          court  recommends intensive
                              drug program; upon release from
                              imprisonment defendant to be on
                              supervised release for 5
                              years on Count 1s and 3 years
                              on Counts 2s, 3s and 8s, all
                              counts to run concurrent with
                              each other; defendant fined
                              $200.00 ($50 on each count);
                              defendant to pay a special
                              assessment of $400, due
                              immediately; defendant remanded
                              to  the custody of the U.S.
                              Marshal;
                              (1s)

Docket as of February 7, 2003 11:04 am                     Page 1

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

21:841(a)(1) - Distribution of        defendant committed to the
Crack Cocaine (21:841A=ND.F           custody of the USBP for a term
NARCOTICS - SELL, DISTRIBUTE,         of 292 months on Count 1s and
OR DISPENSE)                          240 months on Counts 2s, 3s
(2s - 3s)                             and 8s, all counts to run
                                      concurrent with each other,
                                      court  recommends intensive
                                      drug program; upon release from
                                      imprisonment defendant to be on
                                      supervised release for 5
                                      years on Count 1s and 3 years
                                      on Counts 2s, 3s and 8s, all
                                      counts to run concurrent with
                                      each other; defendant fined
                                      $200.00 ($50 on each count);
                                      defendant to pay a special
                                      assessment of $400, due
                                      immediately; defendant remanded
                                      to  the custody of the U.S.
                                      Marshal;
                                      (2s - 3s)

21:841(a)(1) - Distribution of        defendant committed to the
Crack Cocaine (21:841A=ND.F           custody of the USBP for a term
NARCOTICS - SELL, DISTRIBUTE,         of 292 months on Count 1s and
OR DISPENSE)                          240 months on Counts 2s, 3s
(8s)                                  and 8s, all counts to run
                                      concurrent with each other,
                                      court  recommends intensive
                                      drug program; upon release from
                                      imprisonment defendant to be on
                                      supervised release for 5
                                      years on Count 1s and 3 years
                                      on Counts 2s, 3s and 8s, all
                                      counts to run concurrent with
                                      each other; defendant fined
                                      $200.00 ($50 on each count);
                                      defendant to pay a special
                                      assessment of $400, due
                                      immediately; defendant remanded
                                      to  the custody of the U.S.
                                      Marshal;
                                      (8s)

Offense Level (opening): 4

Proceedings include all events.                              TERMED
4:01cr40036-ALL USA v. Gardner, et al

Terminated Counts:                    Disposition

21:841(a)(1) and (b)(1)A(iii)     Counts 1, 2, 3 and 8
all in violation of 21:846        statistically terminated due to
Conspiracy to distribute and      sentencing as to 1s, 2s, 3s and
possess with intent to            8s
distribute crack cocaine          (1)
(21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS) (Guilty
plea entered 7/13/01 as to
Counts 1,2,3 & 8)
(1)

21:841(a)(1) Possession with     Counts 1, 2, 3 and 8
intent to distribute crack       statistically terminated due to
cocaine (21:841G=ND.F            sentencing as to 1s, 2s, 3s and
NARCOTICS - SELL, DISTRIBUTE,    8s                           (2
OR        DISPENSE)              - 3)
(2 - 3)

21:841(a)(1) Possession with     Counts 1, 2, 3 and 8
intent to distribute crack       statistically terminated due to
cocaine (21:841G=ND.F            sentencing as to 1s, 2s, 3s and
NARCOTICS - SELL, DISTRIBUTE,    8s
OR        DISPENSE)              (8)
(8)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

Proceedings include all events.                                        TERMED
4:01cr40036-ALL USA v. Gardner, et al

Case Assigned to:  Judge J. Phil Gilbert

BOBBY L TUCKER (2)                    John D. Stobbs, II
     defendant                        [term 04/23/02]
    [term 04/23/02]                   [COR LD NTC cja]
                                      Stobbs Law Offices
                                      Madison County
                                      346 West St. Louis Avenue
                                      East Alton, IL 62024
                                      618-259-7789
                                      FTS 259-4145


Pending Counts:                            Disposition

21:841(a)(1) and                      defendant committed to the
(b)(1)(A)(iii) and 21:846 -           custody of the USBP for a term
Conspiracy to    Distribute           of 360 months on Count 1s; upon
Crack Cocaine (21:846=ND.F            release from imprisonment
CONSPIRACY TO                         defendant on supervised release
DISTRIBUTE NARCOTICS)                 for a term of 5 years;
(1s)                                  defendant to pay a special
                                      assessment of $100.00, payable
                                      in payments of $10.00 per
                                      month; Court finds that
                                      defendant  is unable to pay a
                                      fine; defendant remanded back
                                      into State  Custody;
                                      (1s)


Offense Level (opening): 4


Terminated Counts:                         Disposition

21:841(a)(1) and (b)(1)A(iii)         Count 1 statistically dismissed
all in violation of 21:846            due to sentencing on Count  1s
Conspiracy to distribute and          (1)
possess with intent to
distribute crack cocaine
(21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS)
(1)


Offense Level (disposition): 4


Complaints:

    NONE

Docket as of February 7, 2003 11:04 am                    Page 4

Proceedings include all events.                          TERMED
4:01cr40036-ALL USA v. Gardner, et al


==========================

Case Assigned to:  Judge J. Phil Gilbert

DUJUANE L JONES (3)              Greg E. Roosevelt
aka                               [term  11/29/01]
Dujuan Jones                    618-692-9718 fax
      defendant                 [COR LD NTC cja]
 [term  11/29/01]               Attorney at Law
                                Madison County
                                One Mark Twain Plaza
                                Suite 325D
                                Edwardsville, IL 62025
                                618-656-9160
                                FTS 692-9718


Pending Counts:                      Disposition

21:841(a)(1) and                defendant committed to the
(b)(1)(A)(iii) and 21:846 -     custody of the USBP for a term
Conspiracy to   Distribute      of 151 months on Counts 1s, 5s
Crack Cocaine (21:846=ND.F      and 6s, to run concurrent
CONSPIRACY TO                   with each other; upon release
DISTRIBUTE NARCOTICS)   (GUILTY from imprisonment, defendant
PLEA ENTERED 8/31/01)           on supervised release for a
(1s)                            term of 5 years (5 years on
                                Count 1s and 3 years on Counts
                                5s and 6s, all counts to run
                                concurrent with each other;
                                defendant fined $200 ($100 on
                                Count 1s and $50 each on Counts
                                5s and 6s), interest waived;
                                defendant to pay a special
                                assessment of $300 ($100 on
                                each count), due immediately;
                                defendant remanded to custody
                                of U.S. Marshal
                                (1s)


21:841(a)(1) and (b)(1)A(iii)
all in violation of 21:846
Conspiracy to distribute and
possess with intent to
distribute crack cocaine
(21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS)
(1)


Docket as of February 7, 2003 11:04 am                  Page 5

```
Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al
```

```
21:841(a)(1) - Distribution of        defendant committed to the
Crack Cocaine (21:841A=ND.F           custody of the USBP for a term
NARCOTICS - SELL, DISTRIBUTE,         of 151 months on Counts 1s, 5s
OR DISPENSE)                          and 6s, to run concurrent
(5s - 6s)                             with each other; upon release
                                      from imprisonment, defendant
                                      on supervised release for a
                                      term of 5 years (5 years on
                                      Count 1s and 3 years on Counts
                                      5s and 6s, all counts to run
                                      concurrent with each other;
                                      defendant fined $200 ($100 on
                                      Count 1s and $50 each on Counts
                                      5s and 6s), interest waived;
                                      defendant to pay a special
                                      assessment of $300 ($100 on
                                      each count), due immediately;
                                      defendant remanded to custody
                                      of U.S. Marshal
                                      (5s - 6s)
```

```
21:841(a)(1) Possess with
intent to distribute crack
cocaine (21:841G=ND.F
NARCOTICS - SELL, DISTRIBUTE,
OR       DISPENSE)
(5 - 6)
```

```
Offense Level (opening): 4
```

```
Terminated Counts:

    NONE
```

```
Complaints:

    NONE
```

```
=========================
```

Proceedings include all events.                                          TERMED
4:01cr40036-ALL USA v. Gardner, et al

Case Assigned to: Judge J. Phil Gilbert

DIMARCUS TARAH TABB (4)              Terry M. Green
aka                                    [term  12/20/01]
Demarcus Tabb                        618-932-2924 fax
    defendant                        [COR LD NTC cja]
 [term  12/20/01]                    Attorney at Law
                                     Franklin County
                                     210 East Main Street
                                     West Frankfort, IL 62896
                                     618-937-3305


Pending Counts:                          Disposition

21:841(a)(1) and                     defendant committed to the
(b)(1)(A)(iii) and 21:846 -          custody of the USBP for a term
Conspiracy to    Distribute          of 200 months on Counts 1s, 4s,
Crack Cocaine (21:846=ND.F           7s & 9s, all counts to run
CONSPIRACY TO                        concurrment with each other;
DISTRIBUTE NARCOTICS)    -           upon release from
(Pled 9/27/01 to Superseding         imprisonment, defendant on
Counts)                              supervised release for 5 years
(1s)                                 on Count 1s and 3 years on
                                     Count 4s, 7s & 9s, all counts
                                     to  run concurrent with each
                                     other; defendant to pay a fine
                                     of    $200 ($50 each count),
                                     interest waived; and a special
                                     assessment of $400 ($100 each
                                     count) is due immediately;
                                     defendant remanded to the
                                     custody of the U.S. Marshal
                                     (1s)


21:841(a)(1) - Distribution of       defendant committed to the
Crack Cocaine (21:841A=ND.F          custody of the USBP for a term
NARCOTICS - SELL, DISTRIBUTE,        of 200 months on Counts 1s, 4s,
OR DISPENSE)                         7s & 9s, all counts to run
(4s)                                 concurrment with each other;
                                     upon release from
                                     imprisonment, defendant on
                                     supervised release for 5 years
                                     on Count 1s and 3 years on
                                     Count 4s, 7s & 9s, all counts
                                     to  run concurrent with each
                                     other; defendant to pay a fine
                                     of    $200 ($50 each count),
                                     interest waived; and a special
                                     assessment of $400 ($100 each
                                     count) is due immediately;
                                     defendant remanded to the
                                     custody of the U.S. Marshal
                                     (4s)

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

| | |
|---|---|
| 21:841(a)(1) - Distribution of Crack Cocaine (21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE) (7s) | defendant committed to the custody of the USBP for a term of 200 months on Counts 1s, 4s, 7s & 9s, all counts to run concurrment with each other; upon release from imprisonment, defendant on supervised release for 5 years on Count 1s and 3 years on Count 4s, 7s & 9s, all counts to run concurrent with each other; defendant to pay a fine of  $200 ($50 each count), interest waived; and a special assessment of $400 ($100 each count) is due immediately; defendant remanded to the custody of the U.S. Marshal (7s) |
| 21:841(a)(1) - Distribution of Crack Cocaine (21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE) (9s) | defendant committed to the custody of the USBP for a term of 200 months on Counts 1s, 4s, 7s & 9s, all counts to run concurrment with each other; upon release from imprisonment, defendant on supervised release for 5 years on Count 1s and 3 years on Count 4s, 7s & 9s, all counts to run concurrent with each other; defendant to pay a fine of  $200 ($50 each count), interest waived; and a special assessment of $400 ($100 each count) is due immediately; defendant remanded to the custody of the U.S. Marshal (9s) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:841(a)(1) and (b)(1)A(iii) all in violation of 21:846 Conspiracy to distribute and possess with intent to distribute crack cocaine (21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS) | Count dismissed upon sentencing on superseding indictment (1) |

Proceedings include all events.                                        TERMED
4:01cr40036-ALL USA v. Gardner, et al

(1)

21:841(a)(1) Possession with          Count dismissed upon sentencing
intent to distribute less than        on superseding indictment
5 grams of crack cocaine              (4)
(21:841G=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE)
(4)

21:841(a)(1) Possession with          Count dismissed upon sentencing
intent to distribute less than        on superseding indictment
5 grams of crack cocaine              (7)
(21:841G=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE)
(7)

21:841(a)(1) Possession with          Count dismissed upon sentencing
intent to distribute less than        on superseding indictment
5 grams of crack cocaine              (9)
(21:841G=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE)
(9)


Offense Level (disposition): 4



Complaints:

    NONE


==========================

```
Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al
```

Case Assigned to:  Judge J. Phil Gilbert

```
DARIUS DOMINIQUE JOHNSON (5)        Melissa A. Day
     defendant                        [term  10/11/01]
  [term  10/11/01]                    [COR LD NTC pda]
                                      Assistant Federal Public
                                      Defender
                                      Franklin County
                                      112 North DuQuoin Street
                                      P.O. Box 1075
                                      Benton, IL 62812
                                      618-435-2552
```

Pending Counts:                        Disposition

```
21:841(a)(1) and                  defendant committed to the
(b)(1)(A)(iii) and 21:846 -       custody of the USBP for a term
Conspiracy to   Distribute        of 292 months on Count 1s,
Crack Cocaine (21:846=ND.F        Court recommends Intensive Drug
CONSPIRACY TO                     Program; upon release from
DISTRIBUTE NARCOTICS)             imprisonment defendant on
(1s)                              supervised release for a term
                                  of 5 years; defendant to pay
                                  a special assessment of $100,
                                  due immediately; defendant
                                  remanded to the custody of the
                                  U.S. Marshal;
                                  (1s)
```

Offense Level (opening): 4

Terminated Counts:                     Disposition

```
21:841(a)(1) and (b)(1)A(iii)     Count 1 terminated
all in violation of 21:846        statistically due to sentencing
Conspiracy to distribute and      on Count  1s
possess with intent to            (1)
distribute crack cocaine
(21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS) (Guilty
plea entered 7/13/01)
(1)
```

Offense Level (disposition): 4

Complaints:

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

    NONE


=========================

Case Assigned to:  Judge J. Phil Gilbert

VERNON HENRY (6) , Added at          James M. Stern
Superseding Indictment on             [term 02/07/02]
8/14/01                               618-355-7514 fax
    defendant                       [COR LD NTC cja]
 [term  02/07/02]                     Attorney at Law
                                      St. Clair County
                                      101 A West Main
                                      Belleville, IL 62220
                                      618-257-8627


Pending Counts:                                 Disposition

21:841(a)(1) and                     defendant committed to the
(b)(1)(A)(iii) and 21:846 -          custody of the USBP for a term
Conspiracy to    Distribute          of 135 months on Count 1s,
Crack Cocaine (21:846=ND.F           Court recommends defendant be
CONSPIRACY TO                        placed in intensive drug
DISTRIBUTE NARCOTICS)                rehabilitation program; upon
(1)                                  release from imprisonment,
                                     defendant on supervised release
                                     for a term of 5 years on Count
                                     1s; defendant fined $150,
                                     interest waived; defendant is
                                     to pay a special assessment
                                     of $100, due immediately;
                                     defendant remanded to the
                                     custody  of the U.S. Marshal
                                     (1)


Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


U. S. Attorneys:

Proceedings include all events.                                                    **TERMED**
4:01cr40036-ALL USA v. Gardner, et al

    James M. Cutchin
    618-439-2401 fax
    [COR LD NTC]
    Assistant U.S. Attorney
    Franklin County
    402 West Main Street
    Suite 2A
    Benton, IL 62812
    618-439-3808
    FTS 439-2401

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

5/25/01  --    ARREST Warrant issued for Monte Devale Gardner, Bobby L
               Tucker, Dujuane L Jones, Dimarcus Tarah Tabb, Darius
               Dominique Johnson (jep) [Entry date 06/04/01]

5/31/01  --    ARREST of defendant Monte Devale Gardner, defendant Dujuane
               L Jones, defendant Dimarcus Tarah Tabb, defendant Darius
               Dominique Johnson on 5/31/01 (jep) [Entry date 06/04/01]
               [Edit date 07/17/01]

6/1/01   1     INDICTMENT by USA  Counts filed against  Monte Devale
               Gardner (1) counts 1, 2, 3, and 8; Bobby L Tucker (2) count
               1; Dujuane L Jones (3) counts 1, 5 and 6; Dimarcus Tarah
               Tabb (4) counts 1, 4, 7, 9; Darius Dominique Johnson (5)
               counts 1 (Originally filed 5/25/01, unsealed 6/1/01) (jep)
               [Entry date 06/04/01] [Edit date 06/04/01]

6/1/01   2     CJA Form 23 (Financial Affidavit) as to Monte Devale
               Gardner (jep) [Entry date 06/04/01]

6/1/01   3     CJA Form 23 (Financial Affidavit) as to Dujuane L Jones (jep)
               [Entry date 06/04/01]

6/1/01   4     CJA Form 23 (Financial Affidavit) as to Dimarcus Tarah Tabb
               (jep) [Entry date 06/04/01]

6/1/01   5     CJA Form 23 (Financial Affidavit) as to Darius Dominique
               Johnson (jep) [Entry date 06/04/01]

6/1/01   6     WAIVER OF DETENTION HEARING by defendant Dujuane L Jones
               (jep) [Entry date 06/04/01]

6/1/01   7     MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT (ALL) (krm)
               before Mag Judge Philip M. Frazier det hrg set for 9:15 AM
               on 6/7/01 for Monte Devale Gardner, for Dujuane L Jones, for
               Dimarcus Tarah Tabb, for Darius Dominique Johnson before Mag
               Judge Philip M. Frazier in the USDC/Benton, IL  ; prttrl
               conf set for 9:30 AM on 7/13/01 and jury trial set on
               7/23/01 at 9:00 AM for Monte Devale Gardner, for Dujuane L
               Jones, for Dimarcus Tarah Tabb, for Darius Dominique Johnson
               before Judge J. P. Gilbert in the USDC/Benton, IL
               (cc: all counsel)  Court Reporter Jane McCorkle (jep)
               [Entry date 06/04/01] [Edit date 12/04/01]

6/1/01   8     ORDER of Temporary Detention Pending Hearing by Mag Judge
               Philip M. Frazier as to Monte Devale Gardner ;detention hrg
               set 9:15 6/7/01 for Monte Devale Gardner before Mag Judge
               Philip M. Frazier in the USDC/Benton, IL  (cc:  all
               counsel) (jep) [Entry date 06/04/01]

6/1/01   9     ORDER of Temporary Detention Pending Hearing by Mag Judge
               Philip M. Frazier as to Dujuane L Jones ;detention hrg set
               9:15 6/7/01 for Dujuane L Jones before Mag Judge Philip M.
               Frazier in the USDC/Benton, IL  (cc:  all counsel) (jep)
               [Entry date 06/04/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

6/1/01   10    ORDER of Temporary Detention Pending Hearing by Mag Judge
               Philip M. Frazier as to Dimarcus Tarah Tabb ;detention hrg
               set 9:15 6/7/01 for Dimarcus Tarah Tabb before Mag Judge
               Philip M. Frazier in the USDC/Benton, IL  (cc: all
               counsel) (jep) [Entry date 06/04/01]

6/1/01   11    ORDER of Temporary Detention Pending Hearing by Mag Judge
               Philip M. Frazier as to Darius Dominique Johnson ;detention
               hrg set 9:15 AM on 6/7/01 for Darius Dominique Johnson
               before Mag Judge Philip M. Frazier in the USDC/Benton, IL
               (cc: all counsel) (jep) [Entry date 06/04/01]

6/1/01   12    ORDER appointing FPD for defendant Darius Dominique Johnson
               by Mag Judge Philip M. Frazier  (cc: all counsel) (jep)
               [Entry date 06/04/01]

6/1/01   13    ORDER for pretrial discovery and inspection as to defendant
               Monte Devale Gardner, defendant Dujuane L Jones, defendant
               Dimarcus Tarah Tabb, defendant Darius Dominique Johnson   by
               Mag Judge Philip M. Frazier (cc: all counsel) (jep)
               [Entry date 06/04/01] [Edit date 07/17/01]

6/4/01   --    ARREST Warrant Executed as to Darius Dominique Johnson on
               5/31/01 (msd) [Entry date 06/05/01]

6/4/01   --    ARREST Warrant Executed as to Dujuane L Jones on 5/31/01
               (msd) [Entry date 06/05/01]

6/4/01   --    ARREST Warrant Executed as to Dimarcus Tarah Tabb on
               5/31/01 (msd) [Entry date 06/05/01]

6/4/01   --    ARREST Warrant Executed as to Monte Devale Gardner on
               5/31/01 (msd) [Entry date 06/05/01]

6/6/01   14    WAIVER OF DETENTION HEARING by defendant Darius Dominique
               Johnson (krm) [Entry date 06/06/01]

6/6/01   15    ATTORNEY APPEARANCE for defendant Dimarcus Tarah Tabb  by
               Terry M. Green (jep) [Entry date 06/06/01]

6/6/01   16    ORDER of Detention by Mag Judge Philip M. Frazier as to
               Darius Dominique Johnson (cc: all counsel) (jep)
               [Entry date 06/07/01]

6/6/01   17    ORDER of Detention by Mag Judge Philip M. Frazier as to
               Dujuane L Jones (cc: all counsel) (jep)
               [Entry date 06/07/01]

6/7/01   18    CJA Form 20 Copy 4 (Appointment of Counsel)  by Mag Judge
               Philip M. Frazier  Attorney Phillip A. Kramer for Monte
               Gardner (cc: all counsel) (jep) [Entry date 06/07/01]

Proceedings include all events.                              TERMED
4:01cr40036-ALL USA v. Gardner, et al

6/7/01    19    CJA Form 20 Copy 4 (Appointment of Counsel)  by Mag Judge
                Philip M. Frazier;   Attorney Greg E. Roosevelt for DuJuane
                Jones (cc: all counsel) (jep) [Entry date 06/07/01]

6/7/01    20    CJA Form 20 Copy 4 (Appointment of Counsel)  by Mag Judge
                Philip M. Frazier;  Attorney Terry M. Green for Dimarcus
                Tabb (cc: all counsel) (jep) [Entry date 06/07/01]

6/7/01    21    WAIVER of detention hearing by defendant Dimarcus Tarah
                Tabb (jep) [Entry date 06/07/01]

6/7/01    22    MINUTES OF DETENTION HEARING (MONTE DEVALE GARDNER): before
                Mag Judge Philip M. Frazier (krm) detention hearing held
                on 6/7/01 as to Monte Devale Gardner; granting govt's oral
                motion for pretrial detention; written order to enter (cc:
                counsel) Court Reporter Michele Thomas, Southern Reporting
                (krm) [Entry date 06/07/01]

6/7/01    23    MINUTE ORDER (DIMARCUS TARAH TABB) entered by Mag Judge
                Philip M. Frazier (krm) upon filing of waiver,  detention
                hearing on 6/7/01 canceled as to Dimarcus Tarah Tabb;
                written order to enter (cc: all counsel) (krm)
                [Entry date 06/07/01]

6/7/01    24    ORDER OF DETENTION (DIMARCUS TARAH TABB) by Mag Judge
                Philip M. Frazier as to Dimarcus Tarah Tabb (cc: all
                counsel) (krm) [Entry date 06/07/01]

6/7/01    25    ORDER OF DETENTION (MONTE DEVALE GARDNER) by Mag Judge
                Philip M. Frazier as to Monte Devale Gardner (cc: all
                counsel) (krm) [Entry date 06/07/01]

7/6/01    26    APPLICATION for Writ of Habeas Corpus Ad Prosequendum by
                USA for Bobby Tucker for 7/13/01 at 9:30 AM  w/prop order
                and writ (jep) [Entry date 07/06/01]

7/9/01    27    ORDER by Judge J. P. Gilbert  granting  application for
                WHCAP for 7/17/01 at 9:30 AM [26-1] as to Bobby L Tucker
                (cc:  all counsel) (jep) [Entry date 07/09/01]

7/9/01    --    WRIT issued for production of Bobby Tucker (jep)
                [Entry date 07/09/01]

7/12/01   28    MOTION filed under seal  by USA as to Dujuane L Jones (jep)
                [Entry date 07/12/01]

7/12/01   29    ORDER by Judge J. P. Gilbert  granting  motion filed under
                seal [28-1] (cc:  all counsel) (jep) [Entry date 07/12/01]

7/12/01   30    CJA Form 20 Copy 4 (Appointment of Counsel)  by Mag Judge
                Philip M. Frazier  Attorney John Stobbs for Bobby Tucker
                (cc: all counsel) (jep) [Entry date 07/20/01]

Docket as of February 7, 2003 11:04 am                    Page 15

Proceedings include all events.                                      TERMED
4:01cr40036-ALL USA v. Gardner, et al

7/13/01  31    MINUTES OF CHANGE OF PLEA (MONTE GARDNER) (kjr) before
               Judge J. P. Gilbert  guilty plea entered by Monte Devale
               Gardner as to Counts 1,2,3, and 8,  pretrial conference
               held on 7/13/01, jury trial date stricken; Sent/disp hrg
               set 10:00 AM on 10/11/01 for Monte Devale Gardner before
               Judge J. P. Gilbert in the USDC/Benton, IL   (cc: all
               counsel) Court Reporter Jane McCorkle (jep)
               [Entry date 07/16/01]

7/13/01  32    PLEA Agreement as to Monte Devale Gardner (jep)
               [Entry date 07/16/01]

7/13/01  33    STIPULATIONS of fact as to Monte Devale Gardner (jep)
               [Entry date 07/16/01]

7/13/01  34    MINUTES OF CHANGE OF PLEA (DARIUS JOHNSON) (kjr) before
               Judge J. P. Gilbert  pretrial conference held on 7/13/01
               jury trial date stricken; Sent/disp hrg set 11:00 AM on
               10/11/01 for Darius Dominique Johnson before Judge J. P.
               Gilbert in the USDC/Benton, IL,  guilty plea entered by
               Darius Dominique Johnson as to Count 1 ; defendant
               remanded to custody of U.S. Marshal (cc: all counsel) Court
               Reporter Jane McCorkel (jep) [Entry date 07/16/01]

7/13/01  35    PLEA Agreement as to Darius Dominique Johnson (jep)
               [Entry date 07/16/01]

7/13/01  36    STIPULATIONS of fact as to Darius Dominique Johnson (jep)
               [Entry date 07/16/01]

7/13/01  37    MINUTES OF FINAL PRETRIAL CONFERENCE (DUJUANE JONES,
               DIMARCUS TABB, MONTE GARDNER, DARIUS JOHNSON) (kjr) before
               Judge J. P. Gilbert  pretrial conference held on 7/13/01;
               continuances granted; jury trial dates stricken; chg of
               plea hrg set 9:30 AM on 8/31/01 for Dujuane L Jones and
               Dimarcus Tarah Tabb before Judge J. P. Gilbert in the
               USDC/Benton, IL ; Monte Gardner and Darius Johnson entered
               pleas; XT started with stop date of 8/31/01 (cc: all
               counsel) Court Reporter Jane McCorkle (jep)
               [Entry date 07/16/01]

7/16/01  38    MOTION to continue trial set 7/23/01  by Dujuane L Jones
               (jep) [Entry date 07/16/01]

7/17/01  --    ARREST of defendant Bobby L Tucker on 7/17/01 (jep)
               [Entry date 07/17/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

7/17/01   39      MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT (BOBBY
                  TUCKER) before Mag Judge Philip M. Frazier  dft Bobby L
                  Tucker arraigned; not guilty plea entered; Attorney John
                  Stobbs present; prttrl conf set for 9:30 AM on 9/7/01 and
                  jury trial set 9:00 AM on 9/17/01 for Bobby L Tucker before
                  Judge J. P. Gilbert in the USDC/Benton, IL ; oral motion
                  for detention made and hearing on motion is waived until
                  such time as defendant is due to be released from custody
                  of IDOC (cc: all counsel) Court Reporter: Tape 2001-02-PMF
                  (jep) [Entry date 07/17/01]

7/17/01   39      ORAL MOTION to detain Bobby L. Tucker by USA (jep)
                  [Entry date 07/17/01]

7/17/01   40      ORDER for pretrial discovery and inspection as to defendant
                  Bobby L Tucker by Mag Judge Philip M. Frazier  (cc:  all
                  counsel) (jep) [Entry date 07/17/01]

7/17/01   41      WAIVER by defendant Bobby L Tucker of right under
                  interstate agreement of detainers (jep)
                  [Entry date 07/17/01]

7/17/01   --      PARTIAL RETURN OF SERVICE of WHCAP executed as to Bobby L
                  Tucker on 7/17/01 by delivery to Graham Corr Ctr (jep)
                  [Entry date 07/18/01]

7/17/01   --      ARREST Warrant Executed as to Bobby L Tucker on 7/17/01 (jep)
                  [Entry date 07/18/01]

8/1/01    42      ORDER by Judge J. P. Gilbert  granting  motion to continue
                  trial set 7/23/01 [38-1]  chg of plea hrg set at 9:30 AM
                  on 8/31/01 for Dujuane L Jones before Judge J. P. Gilbert
                  in the USDC/Benton, IL ; XT started with stop date of
                  8/31/01 (cc: all counsel) (jep) [Entry date 08/01/01]

8/14/01   43      SUPERSEDING INDICTMENT by USA; counts filed against Monte
                  Devale Gardner (1) count(s) 1s, 2s-3s, 8s; Bobby L Tucker
                  (2) count(s) 1s; Dujuane L Jones (3) count(s) 1s, 5s-6s;
                  Dimarcus Tarah Tabb (4) count(s) 1s, 4s, 7s, 9s; Darius
                  Dominique Johnson (5) count(s) 1s and Vernon Henry (6)
                  count(s) 1 (vlm) [Entry date 08/16/01]

8/15/01   --      ARREST Warrant (as to Superseding Indictment) issued for
                  Vernon Henry (vlm) [Entry date 08/16/01]

8/15/01   --      REMARK:  Pursuant to request by U.S. Attorney, Warrants
                  issued for Bobby L. Tucker, Duane L. Jones, Dimarcus Tarrah
                  Tabb and Vernon Henry (as to Superseding Indictment) (vlm)
                  [Entry date 08/16/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

8/16/01  --    REMARK:  U.S. Attorney requested Clerk not to issue
               warrants on the Superseding Indictment as to Monte Gardner
               and Darius Johnson since they have already plead to the
               5/25/01 Indictment; Government intends to file Motions to
               Dismiss counts as to Superseding Indictment as to Monte
               Gardner and Darius Johnson (vlm) [Entry date 08/16/01]

8/16/01  --    REMARK Cps of Superseding Indictment and Waiver of
               Arraignment forms mailed (krm) [Entry date 08/16/01]

8/16/01  44    NOTICE to all parties. (VERNON HENRY)  initial appearance
               and arraignment set for 10:45 AM, 8/22/01 for Vernon Henry
               before Mag Judge Philip M. Frazier in the USDC/Benton, IL;
               (cc: all counsel) (krm) [Entry date 08/16/01]

8/21/01  45    APPLICATION for Writ of Habeas Corpus Ad Prosequendum by
               USA for appearance of Vernon Henry for initial appearance
               and arraignment on 8/22/01, 10:45 AM before Mag Philip M.
               Frazier in the USDC/Benton, IL (krm) [Entry date 08/21/01]

8/21/01  46    ORDER (VERNON HENRY) by Mag Judge Philip M. Frazier
               granting application [45-1] for Writ of Habeas Corpus Ad
               Prosequendum for appearance of Vernon Henry at initial
               appearance and arraignment on 8/22/01, 10:45 AM before Mag
               Judge Philip M. Frazier in the USDC/Benton, IL (cc: all
               counsel) (krm) [Entry date 08/21/01]

8/21/01  --    WRIT of Habeas Corpus Ad Prosequendum (VERNON HENRY) issued
               for appearance of Vernon Henry on 8/22/01, 10:45 AM for
               initial appearance and arraignment before Mag Judge Philip
               M. Frazier in the USDC/Benton, IL (krm)
               [Entry date 08/21/01]

8/22/01  47    NOTICE to all parties.  ;Final Pre-trial Conference set
               for 9:30 am on 9/6/01 for Bobby L Tucker before Judge J. P.
               Gilbert in the USDC/Benton, IL as to Bobby L Tucker (THIS
               MATTER IS REMOVED FROM THE 9/7/01 SETTING) (cc: all
               counsel) (kjr) [Entry date 08/22/01]

8/22/01  48    CJA Form 23 (Financial Affidavit) as to Vernon Henry (krm)
               [Entry date 08/23/01]

8/22/01  49    ORDER (VERNON HENRY) for pretrial discovery and inspection
               as to defendant Vernon Henry  by Mag Judge Philip M.
               Frazier  (cc: all counsel) (krm) [Entry date 08/23/01]

8/22/01  50    ORDER (VERNON HENRY) of Detention by Mag Judge Philip M.
               Frazier as to Vernon Henry (cc: all counsel) (krm)
               [Entry date 08/23/01]

8/22/01  --    ARREST of defendant Vernon Henry  on 8/22/01 (jep)
               [Entry date 08/23/01]

Proceedings include all events.                                           TERMED
4:01cr40036-ALL USA v. Gardner, et al

8/22/01  51       MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENT (VERNON
                  HENRY) before Mag Judge Philip M. Frazier  dft Vernon
                  Henry arraigned; not guilty plea entered; Attorney Judith
                  Kuenneke for AFPD present as to Vernon Henry; CJA Panel
                  attorney to be appointed,  initial appearance held on
                  8/22/01 before Magistrate Judge Philip M. Frazier; prttrl
                  conf set for 10/12/01 at 9:30 AM   and jury trial set for
                  9:00 AM on 10/22/01 for Vernon Henry before Judge J. P.
                  Gilbert in the USDC/Benton, IL , defendant waives his
                  right to a detention hearing; defendant remanded to custody
                  of U.S. Marshal (cc: all counsel) Court Reporter Jane
                  McCorkle (jep) [Entry date 08/23/01]

8/22/01  --       RETURN OF SERVICE executed as to Vernon Henry on 8/22/01
                  (jep) [Entry date 08/23/01]

8/22/01  --       RETURN OF SERVICE of WHCAP executed as to Vernon Henry on
                  8/22/01 (jep) [Entry date 08/23/01]

8/24/01  52       WAIVER OF ARRAIGNMENT on superseding indictment and plea of
                  not guilty by Dimarcus Tarah Tabb (jep)
                  [Entry date 08/24/01]

8/28/01  53       CJA Form 20 Copy 4 (Appointment of Counsel)  by Mag Judge
                  Philip M. Frazier; Attorney James M. Stern for Vernon Henry
                  (cc: all counsel) (jep) [Entry date 08/28/01]

8/29/01  54       MOTION to continue 8/31/01 hearing  by Dimarcus Tarah
                  Tabb (jep) [Entry date 08/29/01]

8/31/01  55       NOTICE to all parties.  ;Final Pre-trial Conference reset
                  for 9:30 am on 10/12/01 for Bobby L Tucker, for Vernon
                  Henry before Judge J. P. Gilbert in the USDC/Benton, IL ;
                  jury trial reset at 9:00 am on for Bobby L Tucker, for
                  Vernon Henry before Judge J. P. Gilbert in the USDC/Benton,
                  IL as to Bobby L Tucker, Vernon Henry (THIS MATTER IS
                  STRICKEN FROM THE 9/6/01 FINAL PRE-TRIAL AND 9/17/01 TRIAL
                  SETTING) (cc: all counsel) (kjr) [Entry date 08/31/01]

8/31/01  56       MINUTES OF CHANGE OF PLEA (DUJUANE L. JONES) (kjr) before
                  Judge J. P. Gilbert  guilty plea entered by Dujuane L
                  Jones as to Counts 1s, 5s and 6s,   change of plea
                  hearing held on 8/31/01; Sent/disp hrg set 10:00 AM on
                  11/29/01 for Dujuane L Jones  before Judge J. P. Gilbert in
                  the USDC/Benton, IL  ; defendant remanded to custody of
                  U.S. Marshal  (cc: all counsel) Court Reporter Michelle
                  Bennett (jep) [Entry date 08/31/01]

8/31/01  57       STIPULATIONS of fact as to Dujuane L Jones (jep)
                  [Entry date 09/04/01]

8/31/01  58       PLEA Agreement as to Dujuane L Jones (jep)
                  [Entry date 09/04/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

8/31/01   59      MINUTE ORDER (NGJ/kjr) by Judge J. P. Gilbert granting
                  motion to continue 8/31/01 setting [54-1];  chg of plea
                  hrg reset to 9:30 AM on 9/30/01 for Dimarcus Tarah Tabb
                  before Judge J. P. Gilbert in the USDC/Benton, IL  (cc:
                  all counsel) (jep) [Entry date 09/04/01]

9/5/01    61      MINUTE ORDER (NGJ/kjr) by Judge J. P. Gilbert  prttrl conf
                  set for 9:30 AM on 10/12/01 and jury trial set 9:00 AM on
                  10/22/01 for Bobby L Tucker and for Vernon Henry before
                  Judge J. P. Gilbert in the USDC/Benton, IL (cc:  all
                  counsel) (jep) [Entry date 09/10/01]

9/6/01    60      NOTICE to all parties.  ;Change of plea hearing reset to
                  9:30 am on 9/28/01 for Dimarcus Tarah Tabb before Judge J.
                  P. Gilbert in the USDC/Benton, IL as to Dimarcus Tarah Tabb
                  (THIS MATTER IS REMOVED FROM THE 9/30/01 SETTING) (cc: all
                  (kjr) [Entry date 09/06/01]

9/12/01   --      ARREST Warrant Executed as to Dujuane L Jones on 8/31/01
                  (jep) [Entry date 09/13/01]

9/18/01   62      Notice/acknowledgment as to defendant Monte Devale Gardner
                  concerning the presentence investigation report by
                  plaintiff USA (REPORT ACCEPTABLE) (cc: Judge Gilbert and
                  Probation Office) (jep) [Entry date 09/18/01]

9/18/01   63      Notice/acknowledgment as to defendant Monte Devale Gardner
                  concerning the presentence investigation report by
                  defendant Monte Devale Gardner (REPORT UNACCEPTABLE) (cc:
                  Judge Gilbert and Probation Office) (jep)
                  [Entry date 09/18/01]

9/18/01   64      OBJECTION to presentence investigation report  by defendant
                  Monte Devale Gardner  (filed under seal) (jep)
                  [Entry date 09/18/01]

9/18/01   65      Notice/acknowledgment as to defendant Darius Dominique
                  Johnson  concerning the presentence investigation report by
                  plaintiff USA (REPORT ACCEPTABLE) (cc: Judge Gilbert and
                  Probation Office) (jep) [Entry date 09/18/01]

9/27/01   --      ARREST Warrant Executed as to Dimarcus Tarah Tabb on
                  9/27/01 (jep) [Entry date 09/27/01]

9/27/01   66      MINUTES OF CHANGE OF PLEA (DIMARCUS TABB) (kjr) before
                  Judge J. P. Gilbert  guilty plea entered by Dimarcus Tarah
                  Tabb as to Counts 1s, 4s, 7s and 9s,  change of plea
                  hearing held on 9/27/01; Sent/disp hrg set at 10:00 AM on
                  12/20/01 for Dimarcus Tarah Tabb  before Judge J. P.
                  Gilbert in the USDC/Benton, IL; defendant remanded to
                  custody of U.S. Marshal (cc: all counsel) Court Reporter
                  Jane McCorkle (jep) [Entry date 09/28/01]

9/27/01   67      PLEA Agreement as to Dimarcus Tarah Tabb (jep)

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

                    [Entry date 09/28/01]

9/27/01  68    STIPULATIONS of fact as to Dimarcus Tarah Tabb (jep)
               [Entry date 09/28/01]

9/28/01  69    MOTION filed under seal  by Darius Dominique Johnson (jep)
               [Entry date 09/28/01]

9/28/01  70    MEMORANDUM by defendant Darius Dominique Johnson  in
               support of [69-1] (SEALED) (jep) [Entry date 09/28/01]

10/4/01  71    NOTICE to all parties.  Sent/disp hearing reset to 9:30 am
               on 10/11/01 for Darius Dominique Johnson before Judge J. P.
               Gilbert in the USDC/Benton, IL as to Darius Dominique
               Johnson (THIS MATTER IS REMOVED FROM THE 11:00 SETTING)
               (cc: all counsel) (kjr) [Entry date 10/04/01]

10/5/01  72    NOTICE to all parties.  ;Final pre-trial Conference reset
               for 11:00 am on 10/11/01 for Bobby L Tucker, for Vernon
               Henry before Judge J. P. Gilbert in the USDC/Benton, IL as
               to Bobby L Tucker, Vernon Henry (THIS MATTER IS REMOVED
               FROM THE 10/12/01 SETTING) (cc: all counsel) (kjr)
               [Entry date 10/05/01]

10/5/01  73    APPLICATION for Writ of Habeas Corpus Ad Prosequendum by
               USA for Bobby Tucker for pretrial conference set 10/11/01
               at 9:30 AM (jep) [Entry date 10/09/01]

10/9/01  74    ORDER by Judge J. P. Gilbert  granting  application for
               writ to issue on Bobby Tucker [73-1] (cc:  all counsel) (jep)
               [Entry date 10/09/01]

10/9/01  --    WRIT issued for Bobby Tucker to appear 10/11/01 and
               delivered to U.S. Marshal (jep) [Entry date 10/09/01]

10/11/01 75    MINUTES OF FINAL PRE-TRIAL CONFERENCE ( BOBBY TUCKER &
               VERNON HENRY) (kjr) before Judge J. P. Gilbert  pretrial
               conference held on 10/11/01 as to Bobby L Tucker, Vernon
               Henry,  jury trial date stricken and matter reset for chg
               of plea hrg at 9:30 AM on 11/9/01 for Bobby L Tucker, for
               Vernon Henry before Judge J. P. Gilbert in the USDC/Benton,
               IL, XT started with stop date of 11/9/01  (cc: all
               counsel) Court Reporter Jane McCorkle (jep)
               [Entry date 10/15/01]

Proceedings include all events.                                          TERMED
4:01cr40036-ALL USA v. Gardner, et al

10/11/01 76    MINUTES OF DISPOSITION (MONTE GARDNER) (kjr) before Judge
               J. P. Gilbert  sentencing Monte Devale Gardner (1)
               count(s) 1s, 2s -3s , 8s -- defendant committed to the
               custody of the USBP for a term of 292 months on Count 1s
               and 240 months on Counts 2s, 3s and 8s, all counts to run
               concurrent with each other, court recommends intensive drug
               program; upon release from imprisonment defendant to be on
               supervised release for 5 years on Count 1s and 3 years on
               Counts 2s, 3s and 8s, all counts to run concurrent with
               each other; defendant fined $200.00 ($50 on each count);
               defendant to pay a special assessment of $400, due
               immediately; defendant remanded to the custody of the U.S.
               Marshal;, dismissing counts as to Monte Devale Gardner
               (1) count(s) 1, 2 -3 , 8    Court Reporter Jane
               McCorkle (jep) [Entry date 10/15/01]

10/11/01 77    MINUTES OF DISPOSITION (DARIUS JOHNSON) (kjr) before Judge
               J. P. Gilbert  sentencing Darius Dominique Johnson (5)
               count 1s -- defendant committed to the custody of the USBP
               for a term of 292 months on Count 1s, Court recommends
               Intensive Drug Program; upon release from imprisonment
               defendant on supervised release for a term of 5 years;
               defendant to pay a special assessment of $100, due
               immediately; defendant remanded to the custody of the U.S.
               Marshal; dismissing count as to Darius Dominique Johnson
               (5) count 1 ; denying motion for downward departure (doc
               69); Court Reporter Jane McCorkle (jep)
               [Entry date 10/15/01] [Edit date 10/15/01]

10/15/01 --    RETURN OF SERVICE returned unexecuted as to Bobby L Tucker
               (dka) [Entry date 10/15/01]

10/17/01 78    JUDGMENT and Commitment issued as to Monte Devale Gardner
               by Judge J. P. Gilbert (cc: all counsel) (jep)
               [Entry date 10/17/01]

10/17/01 79    PRESENTENCE Report on Monte Devale Gardner (original sealed
               and held in sealed document area). (jep)
               [Entry date 10/17/01]

10/17/01 80    RECOMMENDATION as to Monte Devale Gardner (original sealed
               and held in sealed document area). (jep)
               [Entry date 10/17/01]

10/17/01 81    JUDGMENT and Commitment issued as to Darius Dominique
               Johnson  by Judge J. P. Gilbert (cc: all counsel) (jep)
               [Entry date 10/17/01]

10/17/01 82    PRESENTENCE Report on Darius Dominique Johnson (original
               sealed and held in sealed document area). (jep)
               [Entry date 10/17/01]

10/17/01 83    RECOMMENDATION as to Darius Dominique Johnson (original
               sealed and held in sealed document area). (jep)

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

                    [Entry date 10/17/01]

10/17/01 84         MOTION to continue setting of 11/9/01  by Vernon Henry (jep)
                    [Entry date 10/17/01]

10/18/01 85         MINUTE ORDER (NGJ/kjr) by Judge J. P. Gilbert (VERNON HENRY
                    AND BOBBY L TUCKER) granting motion to continue setting of
                    11/9/01 [84-1]; prttrl conf rescheduled for 9:30 AM
                    11/8/01 for Vernon Henry, for Bobby L Tucker before Judge
                    P. Gilbert in the USDC/Benton, IL; any pleas will be taken
                    at that time; and XT Excludable started with 11/8/01 stop
                    date as to Bobby L Tucker, Vernon Henry (cc: all counsel)
                    (vlm) [Entry date 10/18/01]

10/23/01 86         MOTION to continue 11/8/01 final pretrial and trial by
                    Bobby L Tucker w/prop order (jep) [Entry date 10/25/01]

10/30/01 87         Notice/acknowledgment as to defendant Dujuane L Jones
                    concerning the presentence investigation report by
                    plaintiff USA (REPORT ACCEPTABLE) (cc: Judge Gilbert and
                    Probation Office) (jep) [Entry date 10/31/01]

10/30/01 88         MINUTE ORDER (NGJ/kjr) by Judge J. P. Gilbert  granting
                    motion to continue final pretrial and trial [86-1]  prttrl
                    conf reset for 9:30 AM on 12/6/01  and jury trial reset for
                    9:00 AM on 12/17/01 for Bobby L Tucker before Judge J. P.
                    Gilbert in the USDC/Benton, IL; chg of plea hrg set at 9:30
                    AM on 11/8/01 for Vernon Henry to remain on calendar
                    (cc:  all counsel) (jep) [Entry date 10/31/01]

11/7/01  89         Notice/acknowledgment as to defendant Dujuane L Jones
                    concerning the presentence investigation report by
                    defendant Dujuane L Jones (REPORT ACCEPTABLE) (cc: Judge
                    Gilbert & Probation Office) (jep) [Entry date 11/07/01]

11/8/01  --         JUDGMENT and Commitment returned executed on 11/5/01 as to
                    Darius Dominique Johnson, by delivery to FCI, Greenville
                    (jep) [Entry date 11/08/01]

11/8/01  90         MINUTES OF CHANGE OF PLEA (VERNON HENRY) (kjr): before
                    Judge J. P. Gilbert plea of not guilty withdrawn as to
                    Count 1 and guilty plea entered as to Count 1 by Vernon
                    Henry  change of plea hearing held on 11/8/01; Sent/disp
                    hrg set 10:30 AM on 2/7/02 for Vernon Henry before Judge J.
                    P. Gilbert in the USDC/Benton, IL; defendant remanded to
                    custody of US Marshal  (cc: all counsel) Court Reporter
                    Jane McCorle (dka) [Entry date 11/09/01]

11/8/01  91         PLEA Agreement as to Vernon Henry (dka)
                    [Entry date 11/09/01]

11/8/01  92         STIPULATIONS of fact as to Vernon Henry (dka)
                    [Entry date 11/09/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

11/16/01 93    WAIVER OF ARRAIGNMENT on superseding indictment and plea of
               not guilty by Bobby L Tucker (jep) [Entry date 11/19/01]

11/16/01 94    WAIVER by defendant Bobby L Tucker of physical presence at
               final pre-trial conferences and change of plea (jep)
               [Entry date 11/19/01]

11/28/01 95    MOTION to extend time to 12/14/01 to file corrections or
               objections to Pre-Sentence Report by Dimarcus Tarah Tabb
               (jep) [Entry date 11/28/01]

11/28/01 96    MOTION for order allowing defendant Dimarcus Tarah Tabb to
               attend graveside services for his child on 12/1/01 at 11:00
               AM w/prop order (jep) [Entry date 11/28/01]

11/28/01 97    ORDER by Judge J. P. Gilbert  granting  motion to extend
               time to 12/14/01 to file corrections or objections to
               Pre-Sentence Report [95-1] (cc:  all counsel) (jep)
               [Entry date 11/29/01]

11/28/01 98    ORDER by Judge J. P. Gilbert  denying motion for order
               allowing defendant Dimarcus Tarah Tabb to attend graveside
               services for his child on 12/1/01 at 11:00 AM [96-1]; if
               defendant can arrange for the U.S. Marshal Service to
               escort him and prepay the escort fee, the Court will allow
               the visitation (cc: all counsel) (jep) [Entry date 11/29/01]

11/29/01 99    MINUTES OF DISPOSITION (DUJUANE L. JONES) (kjr) before
               Judge J. P. Gilbert  sentencing Dujuane Jones (3) counts
               1s, 5s -6s - defendant committed to the custody of the
               USBP for a term of 151 months on Counts 1s, 5s and 6s, to
               run concurrent with each other; upon release from
               imprisonment, defendant on supervised release for a term of
               5 years (5 years on Count 1s and 3 years on Counts 5s and
               6s, all counts to run concurrent with each other; defendant
               fined $200 ($100 on Count 1s and $50 each on Counts 5s and
               6s), interest waived;  defendant to pay a special
               assessment of $300 ($100 on each count), due immediately;
               defendant remanded to custody of U.S. Marshal    (cc:
               probation & financial)  Court Reporter Jane McCorkle (jep)
               [Entry date 11/30/01]

12/3/01  100   MOTION to continue final pretrial of 12/6/01 and reset for
               change of plea on current trial date of 12/17/01 by Bobby
               L. Tucker  w/prop order (jep) [Entry date 12/03/01]

12/3/01  --    JUDGMENT and Commitment returned executed on 11/26/01 as to
               Monte Devale Gardner, by delivery to FCI Memphis, TN (jep)
               [Entry date 12/03/01]

12/4/01  101   JUDGMENT and Commitment issued as to Dujuane L Jones  by
               Judge J. P. Gilbert (cc: all counsel) (msd)
               [Entry date 12/04/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

12/4/01   102    PRESENTENCE Report on Dujuane L Jones (original sealed and
                 held in sealed document area). (msd) [Entry date 12/04/01]

12/4/01   103    RECOMMENDATION as to Dujuane L Jones (original sealed and
                 held in sealed document area). (msd) [Entry date 12/04/01]

12/4/01   104    MINUTE ORDER (BOBBY TUCKER) by Judge J. P. Gilbert granting
                 motion to continue final pretrial of 12/6/01 [100-1];
                 pretrial conference and trial dates stricken; chg of plea
                 hrg set 1:30 PM 1/10/02 for Bobby L Tucker before Judge J.
                 P. Gilbert in the USDC/Benton, IL, (XT started w/ stop
                 date of 1/10/02) (cc: all counsel) (msd)
                 [Entry date 12/05/01]

12/12/01  105    CJA Form 20 (Attorney Payment  Voucher # 011212000089) as
                 to Monte Devale Gardner  (sealed) (jep)
                 [Entry date 12/13/01]

12/14/01  106    OBJECTION to presentence investigation report  by defendant
                 Dimarcus Tarah Tabb  (filed under seal) (cc: Judge Gilbert &
                 Probation) (jep) [Entry date 12/17/01]
                 [Edit date 12/17/01]

12/20/01  107    PRESENTENCE Report on Dimarcus Tarah Tabb (original sealed
                 and held in sealed document area). (jep)
                 [Entry date 12/20/01]

12/20/01  108    RECOMMENDATION as to Dimarcus Tarah Tabb (original sealed
                 and held in sealed document area). (jep)
                 [Entry date 12/20/01]

12/20/01  109    MOTION for contact visit  by Dimarcus Tarah Tabb (jep)
                 [Entry date 12/20/01]

12/20/01  110    ORDER by Judge J. P. Gilbert  granting  motion for contact
                 visit [109-1] (cc:  all counsel) (jep) [Entry date 12/20/01]

12/20/01  111    MOTION for order permitting defendant Dimarcus Tabb to
                 serve in the same facility as his father by Dimarcus Tarah
                 Tabb (jep) [Entry date 12/20/01]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

12/20/01 112    MINUTES OF DISPOSITION (DIMARCUS TABB) (kjr) before Judge
                J. P. Gilbert denying motion for order permitting defendant
                Dimarcus Tabb to serve in the same facility as his father
                [111-1] sentencing Dimarcus Tarah Tabb (4) counts 1s,
                4s, 7s, 9s -- defendant committed to the custody of the
                USBP for a term of 200 months on Counts 1s, 4s, 7s & 9s,
                all counts to run concurrment with each other; upon release
                from imprisonment, defendant on supervised release for 5
                years on Count 1s and 3 years on Count 4s, 7s & 9s, all
                counts to run concurrent with each other; defendant to pay
                a fine of $200 ($50 each count), interest waived; and a
                special assessment of $400 ($100 each count) is due
                immediately; defendant remanded to the custody of the U.S.
                Marshal, dismissing counts as to Dimarcus Tarah Tabb (4)
                counts 1 , 4 , 7 , 9; Counts dismissed upon sentencing on
                superseding indictment (cc: all counsel) Court Reporter
                Jane McCorkle (jep) [Entry date 12/21/01]

12/20/01 113    JUDGMENT and Commitment issued as to Dimarcus Tarah Tabb
                by Judge J. P. Gilbert (cc: all counsel) (jep)
                [Entry date 12/21/01]

1/4/02   114    APPLICATION for Writ of Habeas Corpus Ad Prosequendum by
                USA for Bobby Tucker (jep) [Entry date 01/04/02]

1/4/02   115    ORDER by Judge J. P. Gilbert granting application for
                Writ [114-1] (cc: all counsel) (jep) [Entry date 01/04/02]

1/4/02   --     WRIT issued as to Bobby Tucker for 1/5/02 at 1:30 PM in
                East St. Louis (jep) [Entry date 01/04/02]

1/4/02   116    MINUTE ORDER by Judge J. P. Gilbert chg of plea hrg set
                at 1:30 PM on 1/10/02 for Bobby L Tucker before Judge J. P.
                Gilbert is reset to USDC/East St. Louis, IL (cc: all
                counsel) (jep) [Entry date 01/07/02]

1/10/02  117    MINUTES OF CHANGE OF PLEA (BOBBY L TUCKER) (kjr): before
                Judge J. P. Gilbert guilty plea entered by Bobby L Tucker
                as to count 1s; disposition date to be set; defendant
                waives time limit regarding PSI; defendant remanded to the
                custody of the US Marshal for return to state custody (cc:
                all counsel) Court Reporter Jane McCorkle (vlm)
                [Entry date 01/11/02]

1/10/02  118    PLEA Agreement as to Bobby L Tucker (vlm)
                [Entry date 01/11/02]

1/10/02  119    STIPULATIONS of fact as to Bobby L Tucker (vlm)
                [Entry date 01/11/02]

1/11/02  --     RETURN OF SERVICE of writ of habeas corpus ad prosequendum
                executed as to Bobby L Tucker on 1/10/02 (dka)
                [Entry date 01/11/02]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

1/11/02  --     ARREST Warrant Executed as to Bobby L Tucker on 1/10/02 (dka)
                [Entry date 01/11/02]

1/15/02  120    Notice/acknowledgment as to defendant Vernon Henry
                concerning the presentence investigation report by
                plaintiff USA (REPORT ACCEPTABLE) (cc: Judge Gilbert &
                Probation Office) (jep) [Entry date 01/15/02]

1/15/02  --     VOLUME NUMBER 2 created, beginning with document number
                120. (jep) [Entry date 01/15/02]

1/16/02  121    WAIVER of time periods related to preparation of
                presentence investigation report by defendant Bobby L
                Tucker (jep) [Entry date 01/16/02]

1/22/02  --     JUDGMENT and Commitment returned executed on 1/10/02 as to
                Dujuane L Jones by delivery to FCI Pekin, IL (jep)
                [Entry date 01/22/02]

1/25/02  122    Notice/acknowledgment as to defendant Vernon Henry
                concerning the presentence investigation report by
                defendant Vernon Henry (REPORT ACCEPTABLE) (cc: Judge
                Gilbert and Probation Office) (jep) [Entry date 01/25/02]

1/28/02  123    CJA Form 20 (Attorney Payment  Voucher # 020128000054) as
                to Dujuane L Jones  (sealed) (jep) [Entry date 01/29/02]

2/7/02   124    MINUTES OF DISPOSITION (VERNON HENRY) (krm) before Judge J.
                P. Gilbert  sentencing Vernon Henry (6) count 1 -
                defendant committed to the custody of the USBP for a term
                of 135 months on Count 1s, Court recommends defendant be
                placed in intensive drug rehabilitation program; upon
                release from imprisonment, defendant on supervised release
                for a term of 5 years on Count 1s; defendant fined $150,
                interest waived; defendant is to pay a special assessment
                of $100, due immediately; defendant remanded to the custody
                of the U.S. Marshal   (cc: all counsel)  Court Reporter
                Jane McCorkle (jep) [Entry date 02/07/02]

2/7/02   125    PRESENTENCE Report on Vernon Henry (original sealed and
                held in sealed document area). (vlm) [Entry date 02/08/02]

2/7/02   126    RECOMMENDATION as to Vernon Henry (original sealed and held
                in sealed document area). (vlm) [Entry date 02/08/02]

2/8/02   127    JUDGMENT and Commitment issued as to Vernon Henry  by Judge
                J. P. Gilbert (cc: all counsel) (vlm) [Entry date 02/08/02]

2/13/02  128    AMENDED JUDGMENT and Commitment issued as to Vernon Henry by
                Judge J. P. Gilbert (cc: all counsel) (jep)
                [Entry date 02/13/02] [Edit date 02/13/02]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

3/20/02  129     NOTICE to all parties.  Sent/disp hearing set at  9:30 am
                 on 4/23/02 for Bobby L Tucker before Judge J. P. Gilbert in
                 the USDC/East St. Louis, IL as to Bobby L Tucker (cc: all
                 counsel) (kjr) [Entry date 03/20/02]

3/21/02  --      JUDGMENT and Commitment returned executed on 3/18/02 as to
                 Dimarcus Tarah Tabb by delivery to FCI Memphis, TN (jep)
                 [Entry date 03/21/02]

3/25/02  130     INITIAL OBJECTION to presentence investigation report by
                 defendant Bobby L Tucker (filed under seal) (copy to Judge
                 Gilbert and Probation) (vlm) [Entry date 03/25/02]

3/25/02  131     CJA Form 20 (Attorney Payment  Voucher # 020322000115) as
                 to Vernon Henry  (sealed) (jep) [Entry date 03/27/02]

4/15/02  132     Notice/acknowledgment as to defendant Bobby L Tucker
                 concerning the presentence investigation report by
                 defendant Bobby L Tucker (REPORT UNACCEPTABLE) (cc: Judge
                 Gilbert and Probation Office) (jep) [Entry date 04/15/02]

4/15/02  --      JUDGMENT and Commitment returned executed on 4/3/02 as to
                 Vernon Henry by delivery to FCI Manchester, KY (jep)
                 [Entry date 04/15/02]

4/18/02  133     APPLICATION for Writ of Habeas Corpus Ad Prosequendum by
                 USA for Bobby L Tucker for sentencing on 4/23/02 at 9:30 in
                 Benton, IL before Judge J. Phil Gilbert (vlm)
                 [Entry date 04/18/02]

4/18/02  134     ORDER by Judge J. P. Gilbert granting application for WHCAP
                 for Bobby Tucker for sentencing on 4/23/02 at 9:30 AM in
                 Benton, IL before Judge J. Phil Gilbert [133-1] (cc: all
                 counsel) (vlm) [Entry date 04/18/02]

4/18/02  --      WRIT (WHCAP) issued for Bobby Tucker for sentencing on
                 4/23/02 at 9:30 AM in Benton, IL, before Judge J. Phil
                 Gilbert (vlm) [Entry date 04/18/02]

4/23/02  135     MINUTES OF DISPOSITION (BOBBY L. TUCKER) (kjr) before Judge
                 J. P. Gilbert  sentencing Bobby L Tucker (2) on count 1s -
                 defendant committed to the custody of the USBP for a term of
                 360 months on Count 1s; upon release from imprisonment
                 defendant on supervised release for a term of 5 years;
                 defendant to pay a special assessment of $100.00, payable in
                 payments of $10.00 per month; Court finds that defendant is
                 unable to pay a fine; defendant remanded back into State
                 Custody;  Count 1 statistically dismissed due to
                 sentencing on Count 1s,  case terminated; exhibt and
                 witness list attached (cc: all counsel)  Court Reporter Jane
                 McCorkle (jep) [Entry date 04/24/02]
                 [Edit date 04/24/02]

4/23/02  --      EXHIBITS of disposition hearing of Bobby L. Tucker (jep)

Proceedings include all events.                                          TERMED
4:01cr40036-ALL USA v. Gardner, et al

                       [Entry date 04/24/02]

4/24/02  136    JUDGMENT and Commitment issued as to Bobby L Tucker  by
                Judge J. P. Gilbert (cc: all counsel) (jep)
                [Entry date 04/24/02]

4/24/02  137    PRESENTENCE Report on Bobby L Tucker (original sealed and
                held in sealed document area). (jep) [Entry date 04/24/02]

4/24/02  138    RECOMMENDATION as to Bobby L Tucker (original sealed and
                held in sealed document area). (jep) [Entry date 04/24/02]

4/24/02  --     RETURN OF SERVICE of writ of habeas corpus ad prosequendum
                executed as to Bobby L Tucker on 4/23/02 (dka)
                [Entry date 04/26/02]

7/9/02   --     RETURN of exhibits to AUSA James Cutchin (as to Defendant
                Bobby L Tucker): Government Exhibits 1 - 6 tendered during
                Bobby L Tucker's 4/23/02 sentencing hearing with Notice
                requesting acknowledgment of receipt of these exhibits (vlm)
                [Entry date 07/09/02]

7/10/02  --     ACKNOWLEDGMENT of receipt of exhibits by AUSA James Cutchin
                as to defendant Bobby L Tucker (vlm) [Entry date 07/10/02]

9/6/02   139    CJA Form 20 (Attorney Payment  Voucher # 020906000019) as
                to Bobby L Tucker  (sealed) (jep) [Entry date 09/09/02]

9/30/02  --     JUDGMENT and Commitment returned executed on 9/12/02 as to
                Bobby L Tucker (jep) [Entry date 09/30/02]

10/11/02 140    MOTION to reduce sentence of Monte Devale Gardner from 292
                months to 196 months by USA (jep) [Entry date 10/11/02]

10/11/02 141    MOTION to reduce sentence of Darius Dominique Johnson from
                292 months to 176 months by USA (jep) [Entry date 10/11/02]

10/30/02 142    ORDER by Judge J. P. Gilbert  granting  motion to reduce
                sentence of Darius Dominique Johnson from 292 months to 176
                months [141-1] (cc:  all counsel) (jep)
                [Entry date 10/30/02]

10/30/02 143    ORDER by Judge J. P. Gilbert  granting  motion to reduce
                sentence of Monte Devale Gardner from 292 months to 196
                months [140-1] (cc:  all counsel) (jep)
                [Entry date 10/30/02]

11/8/02  --     RETURN OF SERVICE of order reducing sentence executed as to
                Darius Dominique Johnson on 11/5/02 (jep)
                [Entry date 11/08/02]

12/2/02  144    MOTION to reduce sentence pursuant to Rule 35, FRCP from
                151 months to 100 months by USA as to Dujuane L Jones
                (w/prop order) (dka) [Entry date 12/02/02]

Proceedings include all events.                                    TERMED
4:01cr40036-ALL USA v. Gardner, et al

12/9/02   145    ORDER (DUJUANE JONES) by Judge J. P. Gilbert  granting
                 motion to reduce sentence pursuant to Rule 35, FRCP from
                 151 months to 100 months [144-1] (cc:  all counsel, US
                 Prob, USM, BOP) (dka) [Entry date 12/09/02]

12/18/02 146    MOTION to reduce sentence of Dimarcus Tarah Tabb from 200
                 months to 133 months by USA (jep) [Entry date 12/18/02]

12/20/02 --     RETURN OF SERVICE of order reducing sentence executed as to
                 Dujuane L Jones on 12/17/02 (jep) [Entry date 12/23/02]

12/23/02 147    ORDER by Judge J. P. Gilbert  granting  motion to reduce
                 sentence of Dimarcus Tarah Tabb from 200 months to 133
                 months [146-1] (cc:  all counsel) (jep)
                 [Entry date 12/23/02]

1/6/03   --     RETURN OF SERVICE of Order executed as to Dimarcus Tarah
                 Tabb on 12/31/02 (jep) [Entry date 01/06/03]

2/6/03   148    MOTION(VERNON HENRY) to reduce sentence from 135 months to
                 90 months by USA as to Vernon Henry (w/prop order) (dka)
                 [Entry date 02/07/03]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

AUG 14 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.   01-CR-40036-JPG |
| | ) | |
| BOBBY L. TUCKER, | ) | |
| DUJUANE L. JONES, | ) | Title 21, United States Code, Section |
| a/k/a "Dujuan Jones", | ) | 841(a)(1) and 846 |
| DIMARCUS TARAH TABB, | ) | |
| a/k/a "Demarcus Tabb", and | ) | |
| VERNON HENRY, | ) | |
| | ) | |
| Defendants. | ) | |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or about December 2000, and continuing thereafter until May 15, 2001, in Pulaski and Alexander Counties, within the Southern District of Illinois, and elsewhere within the United States,

**BOBBY L. TUCKER,
DUJUANE L. JONES, a/k/a "Dujuan Jones",
DIMARCUS TARAH TABB, a/k/a "Demarcus Tabb", and
VERNON HENRY**

defendants herein, did knowingly and intentionally conspire, and agree together and with **MONTE DEVALE GARDNER, a/k/a "Monte Brown", DARIUS DOMINIQUE JOHNSON,** and others, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing cocaine base, commonly

43

referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about April 18, 2001, at approximately 11:22 a.m., in Pulaski County, within the Southern District of Illinois,

### MONTE DEVALE GARDNER, a/k/a "Monte Brown",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about April 18, 2001, at approximately 2:48 p.m., in Pulaski County, within the Southern District of Illinois,

### MONTE DEVALE GARDNER, a/k/a "Monte Brown",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about May 1, 2001, in Pulaski County, within the Southern District of Illinois,

### DIMARCUS TARAH TABB, a/k/a "Demarcus Tabb",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5

On or about May 9, 2001, at approximately 3:46 p.m., in Pulaski County, within the Southern District of Illinois,

### DUJUANE L. JONES, a/k/a "Dujuan Jones",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

On or about May 9, 2001, at approximately 10:00 p.m., in Pulaski County, within the Southern District of Illinois,

### DUJUANE L. JONES, a/k/a "Dujuan Jones",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 7

On or about May 10, 2001, in Pulaski County, within the Southern District of Illinois,

### DIMARCUS TARAH TABB, a/k/a "Demarcus Tabb",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 8

On or about May 15, 2001, in Pulaski County, within the Southern District of Illinois,

### MONTE DEVALE GARDNER, a/k/a "Monte Brown",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 9

On or about May 15, 2001, in Pulaski County, within the Southern District of Illinois,

### DIMARCUS TARAH TABB, a/k/a "Demarcus Tabb",

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, commonly referred to as "crack cocaine," a Schedule II, Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

FOREPERSON

W. CHARLES GRACE
United States Attorney

Recommended Bond: Detention

4

# UNITED STATES DISTRICT COURT

**Southern** _____ District of _____ **Illinois**

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|

**V.**

**(For Offenses Committed On or After November 1, 1987)**

**VERNON HENRY**

Case Number:    4:01CR40036-006-JPG

**Date of Original Judgment:** 02/07/02

James M. Stern

(Or Date of Last Amended Judgment)

Defendant's Attorney

**Reason for Amendment:**

- _ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- _ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- _ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
- X Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- _ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- _ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- _ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- _ Direct Motion to District Court Pursuant to _ 28 U.S.C. § 2255 or 18 U.S.C. § 3559(c)(7)
- _ Modification of Restitution Order (18 U.S.C. § 3664)

**ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):**

**THE DEFENDANT:**

X  pleaded guilty to count(s)   I of the Superseding Indictment.

_  pleaded nolo contendere to count(s) _____
which was accepted by the court.

_  was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 846 | Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base | 05/15/2001 | 1s |

The defendant is sentenced as provided in pages 2 *thru 6* ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_  The defendant has been found not guilty on count(s) _____

_  Count(s) _____ is _ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.    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

Defendant's Date of Birth:  09/05/1964

Defendant's USM No.:   05334-025

Defendant's Residence Address:
*Market Square, Apartment 15

Mound City, Illinois 62963

Defendant's Mailing Address:
Same as above

02/12/02
Date of Imposition of Judgment

Signature of Judicial Officer

J. Phil Gilbert, District Judge
Name and Title of Judicial Officer

Date .

128

DEFENDANT:          VERNON HENRY
CASE NUMBER:        4:01CR40036-006-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of    *135 months on Count 1s          .

X   The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be placed in the Intensive Drug Treatment Program

X   The defendant is remanded to the custody of the United States Marshal.

-   The defendant shall surrender to the United States Marshal for this district:

    -   at _____ -   a.m.  -   p.m.    on _____ .

    -   as notified by the United States Marshal.

-   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    -   before 2 p.m. on _____ .

    -   as notified by the United States Marshal.

    -   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C    (Rev. 3/01) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page    3

DEFENDANT:        **VERNON HENRY**
CASE NUMBER:      **4:01CR40036-006-JPG**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    5 years on Count 1s.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

___ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C   (Rev. 3/01) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release

Case 4:03-cv-04024-JPG    Document 2    Filed 02/07/03    Page 38 of 40    Page ID
#150

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page ____4____

DEFENDANT:          VERNON HENRY
CASE NUMBER:        4:01CR40036-006-JPG

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. Any participation will require complete abstinence from all alcoholic beverages.

AO 245C   (Rev. 3/01) Amended Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page   5

DEFENDANT:          VERNON HENRY
CASE NUMBER:        4:01CR40036-006-JPG

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| TOTALS   | $ 100.00   | $ 150.00 | $ -0- |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution | Priority Order or Percentage of Payment |
|---------------|-----------------------|-----------------------|------------------------------------------|
|               |                       |                       |                                          |
| TOTALS        | $ _____         | $ _____         |                                          |

☐   The above fine includes costs of incarceration and/or supervision in the amount of $ _____

☐   If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☒   the interest requirement is waived for the   ☒  fine and/or  ☐  restitution.

☐   the interest requirement for the   ☐  fine and/or  ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO      (Rev. 3/01) Amended Judgment in a Criminal Case
        Sheet 6 — Scheduled Payment

(NOTE: Identify Changes with Asterisks

DEFENDANT:      **VERNON HENRY**
CASE NUMBER:    4:01CR40036-006-JPG

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** _ Lump sum payment of $ _____ due immediately, balance due

  _ not later than _____ , or
  X in accordance with _ C, _ D, or X E below; or

**B** _ Payment to begin immediately (may be combined with _ C, _ D, or _ E below); or

**C** _ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** _ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** X Payments are due immediately, through the Clerk of the Court, but may be paid from prison earnings in compliance with the Inmate Financial Responsibility Program. Any financial penalties that remain unpaid at the commencement of the term of supervised release shall be paid at the rate of $ __20.00__ per month, or __10__ % of defendant's earnings, whichever is greater.

**F** _ Special instructions regarding the payment of criminal monetary penalties:



Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.


_ Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:



_ The defendant shall pay the cost of prosecution.

_ The defendant shall pay the following court cost(s):

_ The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.