PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District |
|---|---|

| Name of Movant<br>VERNON HENRY | Prisoner No.<br>05334-025 | Case No.<br>03-4024-JPG |
|---|---|---|

Place of Confinement
FEDERAL MEDICAL CENTER, LEXINGTON, KENTUCKY

UNITED STATES OF AMERICA    V.    VERNON HENRY

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack U.S. DISTRICT COURT

    301 WEST MAIN ST. BENTON, ILLINOIS 62812

2. Date of judgment of conviction FEBRUARY 7, 2002

3. Length of sentence 135 months

4. Nature of offense involved (all counts) CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT

    TO DISTRIBUTE COCAINE BASE  21 U.S.C. 841(a)(1) AND 846

5. What was your plea?  (Check one)
    (a) Not guilty        ☐
    (b) Guilty            ☒
    (c) Nolo contendere   ☐
    If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
    (a) Jury              ☐
    (b) Judge only        ☐

7. Did you testify at the trial?
    Yes ☐        No ☐

8. Did you appeal from the judgment of conviction?
    Yes ☐        No ☒

(1)

*Pages 2 and 4 are not applicable.*

3

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.              Yes ☐        No ☒
(2) Second petition, etc.           Yes ☐        No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

D.    Ground four: _____

      Supporting FACTS (state *briefly* without citing cases or law) _____

      _____

      _____

      _____

      _____

      _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: GROUND SEVEN(7) ELEMENT OF OFFENSE IN INDICTMENT

    ALLEGES THAT I TOOK "CUSTOMERS" TO MY CODEFENDANTS TO PURCHASE DRUGS, THE GOVERNMENT

    NEVER PRODUCED EVIDENCE TO THAT CLAIM.   GROUND(8) EIGHT. AMENDMENTS TO SENTENCING

    GUIDELINES(NOVEMBER 2002) MAY ALLOW FOR A REDUCTION OF TERM OF IMPRISONMENT.   U.S.S.G.

    2D1.1(a)(3) FOR 3B1.2 .

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐        No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _____

    _____

    (b) At arraignment and plea _____

    _____

    (c) At trial _____

    _____

    (d) At sentencing _____

    _____

AO 243 (Rev. 2/95)

(e) On appeal _____

_____

(f) In any post–conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐          No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐          No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐          No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*17 July 2003*
(Date)

*Vernon Henry*
Signature of Movant

(6)

GROUND 7

**GOVERNMENT FAILED TO PROVE ELEMENT OF OFFENSE IN INDICTMENT.** INDICTMENT ALLEGES THAT
I TOOK "CUSTOMERS" TO MY CODEFENDANTS TO PURCHASE DRUGS. (CRACK COCAINE)

The GOVERNMENT intercepted no phone calls between me or anyone else - setting up drug
deals for crack cocaine or anything else.

The GOVERNMENT set up no controlled buys of crack cocaine from me. Nor did the GOVERNMENT
have suveilance photos or reports of me buying or selling crack cocaine

The GOVERNMENT has no other independent physical evidence tying me to a conspiracy
for the sale or distribution of crack cocaine.

Of the 25 or more controlled buys made Informants for THE SOUTHERN ILLINOIS DRUG TASK
FORCE, not one of them involved me. Nor was I anywhere on the scene or even mentioned.

The SOUTHERN ILLINOIS DRUG TASK FORCE could get any of their Informants to make a
statement against me, only statements from suspected drug dealers already in their
custody being coerced alone to make statements against me to what they have alleged
I was involved in.

GROUND 8

**AMENDMENT TO THE SENTENCING GUIDELINES MAY ALLOW FOR A REDUCTION OF TERM OF IMPRISONMENT.**

SECTION 3582(c)(3) of TITLE 18 U.S.C. provides: In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the SENTENCING COMISSION pursuant to 28 U.S.C. 994(o), the court may reduce the term of imprisonment, after considering the factors set forth in SECTION 355(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statement issued by the SENTENCING COMISSION. **U.S.S.G. 2D1.1(a)(3) FOR 3B1.2.** The amendment modifies 2D1.1(a)(3) to provide a maximum base offense level of level 30 if defendant recieves an adjustment under 3B1.2(MITIGATING ROLE).