Law Offices Of

# James Stern

James Stern
*Attorney at Law*

Licensed in Illinois
and Missouri

101-A West Main Street
Belleville, Illinois 62220

Telephone (618)257-8627
Telecopier (618) 355-7514

May 5, 2005

Mr. James Cutchin
Assistant United States Attorney
402 West Main Street, Suite 2A
Benton, IL 62812

    Re:    United States of America vs. Vernon Henry, No. 01-CR-40036-JPG

Dear Mr. Cutchin:

    I have reviewed Vernon Henry's 2255 Motion.

    He never requested that his plea be withdrawn. As to the allegation that I took the first offer, the defendant received a low end recommendation, he received three levels off for acceptance, he received a Rule 35 taking him from 135 months to ninety months and he also was designated a "minor participant" decreasing him an additional two levels. Considering the defendant confessed and there were at least five proffers against him, I believe he got a good deal.

    The defendant and I discussed filing a suppression motion in his statement. I explained that he was risking losing acceptance and a plea deal and if he testified and lied, he would be risking obstructing of justice and perjury. After consideration, the defendant chose not to proceed with the motion to suppress. He had no witnesses.

    One thing that I remember in particular about this matter is that the defendant had very negative comments about Agent Bob Dueker and yet when he proffered, they acted like best of friends. ("What is everybody in the old neighborhood up to" kind of talk.)

    Henry's behavior was very inconsistent with what he told me about Dueker and how Henry generally behaved. He seemed to be in a permanent bad mood. (I know he was in jail, but he was one of the most disagreeable people I have ever met.) For instance, when Probation Officer Caleb Roth and I met with the defendant to prepare the PSI, the defendant would not cooperate and we had to plead with him to get him to sign some papers to get the process started. He said he was too sick although he did not appear so. We explained that we both had traveled a good distance and that we were running out of time to prepare the report. We explained it would be a short



interview and he could lie down, but he would not accommodate.

I believe that I explained all relevant matter sufficiently for the defendant to make a knowing and intelligent plea.

The defendant wrote me twice about at obtaining documents on October 7, 2002 and November 23, 2003, and he made no mention of the items alleged in his motion.

Sincerely,

*[signature]*
JAMES STERN

JS/o