

FILE COPY

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Illinois*

---

402 West Main Street, Suite 2A　　　　　　　　　　　　　(618) 439-3808
Benton, Illinois  62812　　　　　　　　　　　　　　　　FAX (618) 439-2401

September 14, 2001

James Stern
Attorney at Law
101-A West Main Street
Belleville, IL  62220

　　　　Re:　**United States vs. Vernon Henry,**
　　　　　　　**Criminal no. 01-40036-JPG**

Dear Mr. Stern:

　　In accordance with Rule 16 of the Federal Rules of Criminal Procedure and the Court's Order for Pretrial Discovery and Inspection, I am enclosing a copy of the case reports of various agencies pertaining to the above referenced case. You may examine any items of physical evidence not tendered herein at a time and place of mutual convenience upon request. Grand Jury testimony, if needed, may be had upon the filing of a motion (which makes the requisite showing under the Federal Rules of Criminal Procedure, Rule 6) and the Court's Order thereon.

　　The government hereby requests pursuant to Rule 16(b)(1)(A) that it be permitted to inspect and copy all books, papers, documents, photographs, and tangible objects which are within the possession, custody, or control of the defense and which the defendant intends to introduce as evidence in chief at trial as well as results or reports of physical, mental, or scientific examinations, tests, or experiments made in connection with this case in the possession or control of the defense which the defendant intends to introduce as evidence in chief at trial or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to the testimony of that witness.

　　If your client desires to enter into any negotiations regarding a plea in this matter, please contact our office as soon as possible. All plea agreements must be consummated by a plea or written plea



GOVERNMENT EXHIBIT

agreement no later than fourteen days prior to the scheduled trial date. Any date defendant wishing to plead guilty who has not reached an agreement by the before mentioned time frame will be required to plead "straight up" to the entire indictment.

Very truly yours,

W. CHARLES GRACE
United States Attorney

*James M Cutchin by bdn*

JAMES M. CUTCHIN
Assistant United States Attorney

JMC:bdn

Enclosure(s)