OR.GINAL

FILED

NOV 0 8 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 01-CR-40036-JPG |
| | ) | |
| VERNON HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The United States of America by and through its attorneys W. Charles Grace, United States Attorney for the Southern District of Illinois, and James M. Cutchin, Assistant United States Attorney, and the defendant, VERNON HENRY, with the full advice and representation of his attorney, James Sterns, hereby stipulate and agree that the following facts are true and accurate:

1. Beginning in the summer of 2000, through May, 2001, defendant VERNON HENRY (hereinafter "defendant") became involved in the distribution of crack cocaine in Pulaski County with others, including, but not limited to, Keith Acree, and codefendants Monte Gardner, Duane Jones, Dimarcus Tabb, Bobby Tucker, and Darius Johnson. Defendant's coconspirators obtained the crack cocaine distributed by members of the conspiracy from sources in Missouri. Defendant, along with others, functioned as a "runner" for members of the conspiracy, meaning that he would bring crack cocaine customers to other members of the conspiracy. Defendant received a portion of the crack cocaine from the customers as payment. Defendant also received crack cocaine to use from members of the conspiracy as payment for performing other jobs. The



majority of the distributions performed by members of the conspiracy occurred in or around adjoining apartments located at 513 and 515 Pearl Street in Mounds City, Illinois.

2   On May 22, 2001, after being advised of his constitutional rights and executing a written waiver thereof, defendant was interviewed and admitted his involvement in the distribution of crack cocaine as set forth in paragraph 1.

3.   Defendant understands and acknowledges that the substance involved in this case is crack cocaine and that crack cocaine is the street name for a form of cocaine base, usually prepared by processing cocaine hydrochloride and sodium bicarbonate and usually appearing in a lumpy rock-like form and which involves greater penalties than the powder form of cocaine. The cocaine base which defendant distributed was in rock form and was ingested by smoking.

7.   Mounds City is located in Pulaski County which is within the Southern District of Illinois.

So stipulated this 8th day of November 2001.

W. CHÂRLES GRACE
United States Attorney

_____
VERNON HENRY
Defendant

_____
James M. Cutchin
Assistant United States Attorney

_____
James Sterns
Attorney for Defendant

Date: 11/06/01          Date: 11/08/01