UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VERNON HENRY,

    Petitioner,

  v.                                    Case No. 03-cv-4024-JPG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Vernon Henry's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Vernon Henry, and that this case is dismissed with prejudice.

**DATED:  March 29, 2006**                    NORBERT JAWORSKI

                                                        By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**